# EXHIBIT  C

# Certificate of Achievement

This is to certify that

## Artemio Arroyo

has completed the class in

### Six (6) Hours - Parenting Education

for recognition of your
Outstanding Performance,
Professionalism and Dedication.

Presented This _21st_ Day of _____ March _____, 200 _0_

## Centinela

### MENTAL HEALTH DEPARTMENT



_Arthur Bennett_
Therapist

_signature_
Chief Psychiatrist

C 1

# Certificate of Completion

This is to certify that

## Artemio Arroyo

has completed the class in

### Six (6) Hours - Parenting Education

for recognition of your
Outstanding Performance,
Professionalism and Dedication.

Presented This ___13th___ Day of ___June___, ___2000___

_Arthur Bennett_
Therapist

## Centinela

# MENTAL HEALTH DEPARTMENT

_C C C_
Chief Psychiatrist

C 2



# CERTIFICATE OF
# ACHIEVEMENT

This Award is Presented to

*Mr. Alonzo Alonzo C-20149*

In Recognition of Distinguished Achievement

MEN'S WORK - A COMPLETE GUIDE TO THE PROGRAM OF ANGER MANAGEMENT

Given at    PENITENTIARY STATE PRISON

this 14TH day of March    in the year 1999

CREATIVE OPTIONS
ACADEMY OF HUMAN DEVELOPMENT

BILLIE F. WALTER M.S. Th.
DIRECTOR

C 3

# Certificate of Achievement

This is to certify that

## Artemio Arroyo

has demonstrated achievement in

### Cage Your Rage - An Anger Management Course

for recognition of your
Outstanding Performance,
Professionalism and Dedication.

Presented This __12th__ Day of _____October_____, 19 __99__

_Centinela_

**MENTAL HEALTH DEPARTMENT**

Arthur Bennett
Therapist

Chief Psychiatrist

C 4

# Certificate of Completion

This is to certify that

**Artemio Arropo**

has completed the class in

Cage Your Rage - An Anger Management Course

for recognition of your
Outstanding Performance,
Professionalism and Dedication.

Presented This ___19th___ Day of ___October___, 19 __99__

*Centinela*

**MENTAL HEALTH DEPARTMENT**



_Arthur Bennett_
Therapist

_____
Chief Psychiatrist


C 5



# PROJECT CHANGE

## Diploma of Graduation

### Be It Known That

### A. Arroyo

has satisfactorily completed a 44 week
course in Anger Management and is
hereby awarded this certificate

Given at Soledad, CA this _26th_ day of
_June_ _,_ Two Thousand _02_

Sponsor – J. Stenner
Ser. No. 0042

Coordinator
J. Selvidge, CCII

**CENTINELA STATE PRISON**                    **GENERAL CHRONO**        CDC 128B (REV 1.95)

**INMATE PARTICIPATION AA/NA MEETINGS**

Name and Number    ARROYO    C-20149    B1-230

INMATE  **ARROYO**  HAS COMPLETED THE 1ST QUARTER, OF THE AA/NA PROGRAM FOR 1998 AND IS CURRENTLY A MEMBER IN GOOD STANDING WITH ALCOHOLIC ANONYMOUS/ NARCOTIC ANONYMOUS (AA/NA). HE SHOWS A POSITIVE INTERACTION AND REMAINS AN ACTIVE PARTICIPANT.

                                            **AA/NA COORDINATOR**

CC:  Central File  08/31/98
     Inmate

---

**CENTINELA STATE PRISON**                    **GENERAL CHORO**CDC 128B (REV 1.95)

**INMATE PARTICIPATION AA/NA MEETINGS**

Name and Number  ARROYO  C-20149  B1-230

INMATE  ___ARROYO___  HAS COMPLETED THE 2ND QUARTER OF THE AA/NA PROGRAM FOR 1997 AND IS CURRENTLY THE CHAIRMAN AND MEMBER IN GOOD STANDING WITH ALCOHOLIC ANONYMOUS/ NARCOTIC ANONYMOUS (AA/NA). HE SHOWS A POSITIVE INTERACTION AND REMAINS AN ACTIVE PARTICIPANT.

    06/30/98                            **AA/NA COORDINATOR** M, Selay.
CC:  Central File
     Inmate

C 7

CENTINELA STATE PRISON,          GENERAL CHRONO    CDC 128B (REV 1.95)

INMATE PARTICIPATION AA/NA MEETINGS

Name and Number  ARROYO              C-20149          B1-230

INMATE  ARROYO        HAS COMPLETED THE 3RD QUARTER OF THE AA/NA PROGRAM FOR
1998  AND IS CURRENTLY A MEMBER IN GOOD STANDING WITH ALCOHOLIC ANONYMOUS/
NARCOTIC ANONYMOUS (AA/NA).   HE SHOWS A POSITIVE INTERACTION AND REMAINS AN
ACTIVE PARTICIPANT.

                                        AA/NA COORDINATOR

CC:   Central File
      Inmate

CENTINELA STATE PRISON,          GENERAL CHORO   CDC 128B (REV 1.95)

INMATE PARTICIPATION AA/NA MEETINGS

Name and Number  ARROYO              C-20149          B1-230

INMATE  ARROYO        HAS COMPLETED THE 4TH QUARTER OF THE AA/NA PROGRAM FOR
1998 AND IS CURRENTLY THE CHAIRMAN AND MEMBER IN GOOD STANDING WITH
ALCOHOLIC ANONYMOUS/ NARCOTIC ANONYMOUS (AA/NA).    HE SHOWS A POSITIVE
INTERACTION AND REMAINS AN ACTIVE PARTICIPANT.

                                                    December 31, 1998
        AA/NA COORDINATOR                                DATE

CC:    Central File
       Inmate

C 8

CENTINELA STATE PRISON            GENERAL CHRONO       CDC 128B (REV 1.95)

### INMATE PARTICIPATION AA/NA MEETINGS

Name and Number  ARROYO              C-20149                    B1-230

INMATE __ARROYO__ HAS COMPLETED THE 1ST QUARTER, OF THE AA/NA PROGRAM FOR 1999 AND IS CURRENTLY A MEMBER IN GOOD STANDING WITH ALCOHOLIC ANONYMOUS/ NARCOTIC ANONYMOUS (AA/NA). HE SHOWS A POSITIVE INTERACTION AND REMAINS AN ACTIVE PARTICIPANT.

AA/NA COORDINATOR                                    3/31/99
                                                     DATE

CC:  Central File
     Inmate

NAME and NUMBER:  Arroyo         C-20149           B1-234    CDC-128-B (Rev. 4/74)

Inmate: Arroyo has completed the 4th. quarter of the AA/NA program for 1999 and is currently in good standing. He shows a positive inter- action and remains an active participant.

CSP CENTINELA—INMATE PARTICIPATION AA/NA MEETINGS

AA/NA COORDINATOR

cc:  Central file
     Inmate

DATE: December 31, 1999                              GENERAL CHRONO

C 9

CENTINELA STATE PRISON            GENERAL CHOROCDC 128B (REV 1.95)

INMATE PARTICIPATION AA/NA MEETINGS

Name and Number  ARROYO          C-20149

INMATE  ARROYO_____  HAS COMPLETED THE 3RD QUARTER, OF THE AA/NA PROGRAM FOR 1999 AND IS CURRENTLY A MEMBER IN GOOD STANDING WITH ALCOHOLIC ANONYMOUS/ NARCOTIC ANONYMOUS (AA/NA).  HE SHOWS A POSITIVE INTERACTION AND REMAINS AN ACTIVE PARTICIPANT.

_____
AA/NA COORDINATOR

CC:   Central File
      Inmate

---

CENTINELA STATE PRISON            GENERAL CHOROCDC 128B (REV 1.95)

INMATE PARTICIPATION AA/NA MEETINGS

Name and Number  ARROYO          C-20149

INMATE  ARROYO_____  HAS COMPLETED THE 3RD QUARTER, OF THE AA/NA PROGRAM FOR 1999 AND IS CURRENTLY A MEMBER IN GOOD STANDING WITH ALCOHOLIC ANONYMOUS/ NARCOTIC ANONYMOUS (AA/NA).  HE SHOWS A POSITIVE INTERACTION AND REMAINS AN ACTIVE PARTICIPANT.

_____
AA/NA COORDINATOR

CC:   Central File
      Inmate

C 10

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

**NAME and NUMBER**   **ARROYO**                    **C20149**              **WB330U**

Inmate ARROYO has been an active member of Alcoholic Anonymous at CTF-North Facility during 3rd Quarter of 2003. In his enthusiastic participation and support he has achieved tremendous personal success in his efforts towards recovery and self improvement. He should be commended for his sincerity and commitment in dealing with this ongoing challenge.

ORIG      :   C-File
cc         :   Writer
            :   Inmate

Dave Rodriguez, Sponsor
**Alcoholic Anonymous**
**CTF-North Facility**

**DATE**   **10/10/03**              **INFORMATIVE**              **CTF-N**     **INFORMATIVE CHRONO**

---

NAME and NUMBER: Arroyo              C-20149              B1-234        CDC-128-B (Rev. 4/74)

Inmate: Arroyo      has completed the 1st. quarter of the AA/NA program
for 2000 and is currently in good standing. He shows a positive inter-
action and remains an active participant.

CSP CENTINELA-INMATE PARTICIPATION AA/NA MEETINGS

AA/NA COORDINATOR

cc: Central file
    Inmate

DATE : March 31, 2000                                      GENERAL CHRONO

C 11

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

**NAME and NUMBER**    **ARROYO**    C20149    **WB330U**

Inmate ARROYO has been an active member of Alcoholic Anonymous at CTF-North Facility during 2nd Quarter of 2004. In his enthusiastic participation and support he has achieved tremendous personal success in his efforts towards recovery and self improvement. He should be commended for his sincerity and commitment in dealing with this ongoing challenge.

ORIG       :  C-File
cc         :  Writer
           :  Inmate

Dave Rodriguez, Sponsor
Alcoholic Anonymous
CTF-North Facility

**DATE**   7/2/04            **INFORMATIVE**            CTF-N        **INFORMATIVE CHRONO**

EXHIBIT C 12

STATE OF CALIFORNIA                                                                          DEPARTMENT OF CORRECTIONS
                                                                                                    CDC-128 B (8-87)

NAME and NUMBER        ARROYO                              C20149              WB330U

Inmate ARROYO has been an active member of Alcoholic Anonymous at CTF-North Facility during 3rd Quarter of 2004. In his enthusiastic participation and support he has achieved tremendous personal success in his efforts towards recovery and self improvement. He should be commended for his sincerity and commitment in dealing with this ongoing challenge.

ORIG    :    C-File
cc      :    Writer
        :    Inmate

                                                    Dave Rodriguez, Sponsor
                                                    Alcoholic Anonymous
                                                    CTF-North Facility

DATE    10/4/04                    INFORMATIVE              CTF-N          INFORMATIVE CHRONO

---

DATE    02-27-03                     WB330U

J. T. Kelthly, Vocational Instructor
North Facility Small Engine Repair
GENERAL CHRONO

                                              Vocational File
                                              Inmate
                                   Copy:       Counselor
                                   Orig:       Central File

                                 of Monterey County.

ARROYO should be commended on his good work refurbishing numerous bicycles for needy children
he takes great pride in the quality work that goes into the project. Inmate ARROYO
Kids Coalition refurbishing used bicycles for the children of Monterey County,

Inmate ARROYO has been an active participant in the Monterey County Safe

CDC-128-B Rev. 474        C-20149                                    ARROYO    NAME and NUMBER

---

STATE OF CALIFORNIA                                                                          DEPARTMENT OF CORRECTIONS
                                                                                                    CDC-128 B (8-87)

NAME and NUMBER        ARROYO                              C20149              WB330U

Inmate ARROYO has successfully completed the Summer/Fall session of the 14-week, *Impact Self Help Program* which allows its participants to gain insight and empathy into the impact of crime on its victims. The Impact program is a voluntary self-help program, which covers several aspects of criminal behavior. Outside guest speakers are afforded the opportunity to share how crime has impacted their lives. Inmate ARROYO is commended for his participation and willingness to gain insight and empathy for the victims of crime.

EXHIBIT C 13

ORIG    :    C-File
cc      :    CC-I
        :    Inmate

                                                    J. J Studebaker, CCI
                                                    Program Sponsor
                                                    CTF-North

DATE    11/17/03                     Informative            CTF-N          INFORMATIVE CHRONO

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

NAME AND NUMBER:          ARROYO, A.        C-20149      WB-330U

Inmate **ARROYO, A.** is currently signed up for the next 14-week, *Impact Self-Help Program,* which allows its participants to gain insight and empathy into the impact of crime on its victims.  The Impact program covers several aspects of criminal behavior.  Outside guest speakers are afforded the opportunity to share how crime has impacted their lives.

Dist.:
Orig.:  C-File
  cc:  CCI

L. Hunter, Correctional Counselor I, Program Sponsor
CTF-North Facility

DATE:      September 14, 2002              **INFORMATIVE CHRONO**

C 14

# Certificate of Completion

Awarded to

## Artemio Arroyo

C20149

Who has successfully completed 14 weeks in

## Impact

and

is hereby commended for his endeavor to increase his awareness
and empathy for the survivors of crime.

Presented this *November 17, 2003* in the city of Soledad,
County of Monterey, California,

J. STUDEBAKER, CCI
SPONSOR

**EXHIBIT** *C 15*

NAME and NUMBER    I/m Arroyo,   CDC No. C-20149

CDC-128-B (Rev. 4/7.

I/m Arroyo, CDC No. C-20149, has voluntarily participated in the Project C.H.A.N.G.E. program. Project C.H.A.N.G.E. is an in-depth program that provides inmates with the tools to learn to live successfully within a community setting. I/m Arroyo was an active participant and has completed all of his assignments in a timely fashion. He has completed a 44 week course of study which includes: self-esteem & assertiveness, goal setting, anger management, coping skills, stress reduction, tolerance, parenting, domestic violence, life skills, and parole & release. I/m Arroyo is to be commended for using his spare time to better himself and has received a certificate of completion for this course.

Orig:  C-File
cc:    Writer
       File
       Inmate

J. Stenner, Sponsor
CTF North Library
CTF North Facility

DATE   June 26, 2002        (LAUDATORY - PROJECT C.H.A.N.G.E)     GENERAL CHRONO

C 16

NAME and NUMBER    : Arroyo    CDC#: C-20149    HOUSING: SA-336

CDC-128-B Rev. 4/74

Inmate Arroyo, C-20149, SA-336, contributed his time and effort to support the Monteray County Kids Coalition Project. Unwanted or broken bicycles were given to this project by members of the community. This event supported needy children on the central coast who are without a bicycle.  I/M Arroyo took part in the necessary repairs, referbishing, and functional checks needed to provide a special gift to these children.

Orig: Central File
 cc: CC I
     Education File
     Supervisor's File
     Inmate

D. LaRue
S.V.I. CTF-N

J. Keithly
Voc. Instructor

DATE            Dec.18,2000

CTF-N        GENERAL CHRONO

C 17

Name: _Cindy Arroyo_

Address: _1141 60th Street_

City: _Los Angeles. CA. 90001_

Telephone: _(323) 234-5415_

Date: _1-22-00_

James W. Nielsen, Chairman
California Board of Prison Terms
428 J Street, 6th Floor
Sacramento, California   95814

RE: ARTEMIO MENDEZ ARROYO, C-20149
    PAROLE CONSIDERATION HEARING -- FEBRUARY, 2000 CALENDAR

Dear Mr. Nielsen:

     I appear before you in written communication to ask for the release of my
loving father.  It is my sincere hope that the true feelings that I express at
this time will enable you in making a favorable decision in finding my father
suitable for parole.

     I am painfully aware that prior to my father's incarceration at age
seventeen, his behavior and motives were influenced by negative emotions.
However, since my father has been in prison he has done his best to make a better
person of himself.

     There is no doubt in my mind, that my father is the same person that he
might have been a very long time ago and that he is   sincerely remorseful for
his harmful actions in the past. I can say with certainty that today He is a very
caring and responsible person. He is fully aware of his past behavioral problems
and now has the personal skills that will enable him to avoid problematic
situations in the future.

     During the past 20 years my father has been in very close contact with
family/relatives and it is our intention to do everything we can to help him with
living arrangements as well as employment upon his release from prison.  With the
dedicated support of family/relatives there will be no difficult area that my
father will have to conquer.

     My loving father is now 37 years old who has been in prison since the age of
seventeen.  I truly miss my father and so does his loving family. Please find it
in your heart to find my father suitable for parole at this time.

     I would be happy to attend his parole hearing if it would be helpful, as you
consider him for parole.  Please feel absolutely free to contact me at the
address/telephone noted above if I can be of further assistance.

Sincerely your,

_Cindy Arroyo_

C/8

COPY

October 27,2004

Board Of Prison Terms
Inmate: Artemio Arroyo C-20149

Margaret Equihua
206 Quail hollow Dr.
Galt, Ca 95632
Home (209) 745-3486
Work (916) 482-4346

Dear: Board Of Prison Terms

My name is Margaret Equihua, I am the inmate's sister. My family will gladly welcome Artemio to reside with us and we will help Artemio financially until he's stable with a new home and employment. My husband Jose has been employed for over 18yrs. with Capital X-press body & Paint, where Artemio will also be hired using his skills in making drawings on vehicles, (murals). We are confident that Artemio will be successful in life. We are asking you to give him that opportunity to prove him-self.
Thank you for your consideration regarding this matter and please contact me if you have any questions.

Sincerely,

Margaret Equihua

EXHIBIT

C 19

FELIPE ARROYO MEZA
SN. MIGUEL DE LA HDURA.
SOMBRERETE, ZACATECAS

17/XI/2004

AQUIEN CORRESPONDA:

Por medio de la presente quiero informar a Usted(es) que el Sr.- Artemio Arroyo Mendez cuenta con un gran número de Familiares radicados en distintos lugares de la Republica Mexicana, que estamos en la mejor disposición de apoyarlo en todos los aspectos que sean necesarios cuando él asi lo requiera, el dia que sea liberado y extraditado a nuestro Pais.

Anexo el Tefono de esta su casa para mayor información (01 671 7 67 2608).

Sin mas por el momento, aprovecho la oportunidad para enviarle - un cordial saludo.

ATENTAMENTE

FELIPE ARROYO MEZA

EXHIBIT C 20

ESCUELA TELESECUNDARIA
GUADALUPE VICTORIA
CLAVE: 32ETV0203I
COL. JOSE MA. MORELOS
SOMBRERETE, ZAC.

A QUIEN CORRESPONDA:

Por este conducto se hace del conocimiento que el Sr. Artemio -
Arroyo Mendez tiene mi apoyo moral y economico incondicionalmente el-
dia que él asi lo requiera, e inclusive cuenta conmigo para conseguir-
un trabajo estable si él asi gusta, el dia que sea liberado y extradi-
tado para México.

Anexo el telefono de su casa para mayor información(01 4339352581
Sin otro asunto que tratar, aprovecho la ocasión para enviarle un
cordial saludo.

ATENTAMENTE

C. PROFR. PEDRO ARROYO MEZA
DIRECTOR DE LA PLANTEL
TELESECUNDARIA
GUADALUPE VICTORIA
CLAVE: 32ETV0203I
JOSE Mc. MORELOS SOMBRERETE, ZAC

11-8-2004

I Felipe Arroyo I'am writing this letter to the Judge that is taking the case of Artemio Arroyo Mendez tell him that if he get's Reported to Mexico after he get's out of Jail that he has someone to Respond for him in which I'am his cousin Felipe Arroyo. I also wanted if it's better to know the exact date in which he is getting out so I could go to the border in the one that he is coming out from so I could receive him The family Arroyo Mesa wanted to say sorry about all the errors that he commited here in the U.S. Hope Judge that you take serious my sorry's and my letter.

Sincerily

x Felipe Arroyo M

EXHIBIT C 21



JANUARY 7, 2005

JOSEFINA MARTINEZ
2230 RINGWOOD AVE
STOCKTON, CA 95205
209 474 1975

BOARD OF PRISON TERMS
RE: INMATE ARTMIO ARROYO C-20149

To whom I may concern:

I am writing this letter in order to inform that I am a sister of the inmate mentioned above. I am currently employed as an inventory adjuster at Northern Distribution, located at 4199 Gibraltar Ct., Stockton, CA 95206, (209) 982-9552 ext. #1628..

I will like to inform that I would like to be able to support my brother after he is release from prison. If able, he will be living with me in my home, that I owned; the address stated above. I would support him with all the living necessities during his parole and after, until he establishes a stable living condition.

If you have any question or concerns, feel free to contact me at any time at the address or phone number stated above.. Thank you.

Sincerely

_JOSEFINA MARTINEZ_

STATE OF CALIFORNIA
COUNTY OF SAN JOAQUIN

On ___01/07/05___ before me, _Arturo Gutierrez_, NOTARY PUBLIC, personally appeared JOSEFINA MARTINEZ personally known to me OR proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.                                    SEAL

_Notary Public Signature_



ARTURO P. GUTIERREZ
Commission # 1462242
Notary Public - California
San Joaquin County
My Comm. Expires Jan 13, 2008

EXHIBIT

C-22

January 12, 2005

Maria Melara
1708 Sandalwood
Stockton, Ca 95210
(209) 475-0136


To: Board of Prison Terms
1515 K. Street
Sacramento, Ca 95814

Inmate: Artemio Arroyo C-20149

Dear, Board of Prison Terms

My brother Artemio Arroyo is welcomed to reside at my
home, upon his parole.  I will refer him to my employer for
employment.  I work for Cottage Bakery in Lodi, Ca my
position is floor supervisor I have been employed for the
past 5 yr..  I look forward in helping my brother financially
and in any other area.  Artemio will be an asset to any
employer that hires him.

Thank you for your time regarding this matter.


                    Sincerely,


                    Maria Melara

EXHIBIT C-23

Maria V. Tamez
327 Flora St.
Lodi, Ca 95240
Home(209)368-9569
Mobil (209)327-6530


Inmate: Artemio Arroyo
        C-20149


To Whom it may concern:

I'm Artemio Arroyo's sister.  Artemio is welcomed to live with
me upon his release, I will help him look for a job and help him
monetary as well.  I believe in Artemio's future plans to
succeed in life and to do the best he can, all he needs is a
chance to prove that he can do all these things.  Artemio's
talent (drawing) is highly admired not only with-in the family
but with friends as well.  I know he will not find it hard to find a
job where he can use his wonderful skills, not only in drawing
but also being dependable and responsible.   Please feel free to
contact me if you have any questions.



                Thank you,


                Maria V.Tamez


EXHIBIT C-24

The Bo.. _ of Prison Terms                    Artemio Arroyo
                                                      #C20149

To whom it may concern,

I, Irma Araujo, am a friend of Artemio Arroyo
and am writing in his behalf in support for his
parole to be granted.

I have known Arroyo for 3 years now.  We have been
good friends.

I am aware of his crime and the years he has served
in prison.

My opinion on Arroyo's character is that he is an
honest, patient and understanding person. Arroyo
has taken and completed different courses in edu-
cati ng himself for a career for when he is released.
And he has also taken courses such a NA and AA even
though he has no past drug or alcohol use, to
educate his inner self.  These courses help him to
understand himself, as well as others around him.

My knowledge of Arroyo's behavior while serving
his time is that he has done good for himself, as
much as possible.

I am willing to be of any assistance to Arroyo when
he is released, as far as support in friendship.
I am willing to help him in finding housing or in
job hunting, filling out applications, resumes,
find support programs or in any other needed assis-
tance.  And the most important asset I can offer
to Arroyo is my friendship. Sometimes just being
there for someone at whatever hours day or night,
to talk to, can make a difference in a person's
life.

I recommend that Arroyo be considered for parole.
Arroyo has a positive attitude in life, is family
oriented, has prepared himself for a normal life
on the outside. Arroyo was only a teenager when his
life changed and the other person's life ended.
Arroyo has shown regret very much for what he com-
mitted at such an early stage of his life.  Arroyo
has served his time, completed his prison term and
I feel is ready to start a new life. After so many
years Arroyo will need some time to adjust to the
outside world. I am willing to be there for him,
support him in any way needed to adjust and to
continue on with his life.

Irma Araujo
Account Clerk II
Imperial County Assessor

*1-10-05*

**EXHIBIT** C-25

# EXHIBIT  D

## LIFE PRISONER EVALUATION REPORT
## SUBSEQUENT PAROLE CONSIDERATION HEARING
## FEBRUARY 2003 CALENDAR

ARROYO, ARTEMIO                                                    C20149

I.   **COMMITMENT FACTORS:**

A.   **Life Crime:** Murder 2nd, PC 187, one count; case #30688. Sentence: 15 years to Life. MEPD: 8/2/89. Victim: Daniel Thomas Martino, age 16.

   1.   **Summary of Crime:** On 9/10/78, at approximately 11:00 p.m., Daniel Thomas Martino was murdered as a result of being shot in the head with a shotgun. Arroyo and several companions had chased a car containing the victim and another individual, thinking that these two people had made threats against Arroyo's brother. The car in which Arroyo was riding pulled alongside the victim's car in an attempt to get it pulled over, during which time occupants of both cars swung sticks and pipes at each other. When the other car failed to pull over, Arroyo retrieved a shotgun from beneath the seat and fired it at the other car, striking the passenger and the driver. The victim's car then swerved and ran into a parked car. The driver was pronounced dead on arrival at the hospital. The passenger was treated and released.

   2.   **Prisoner's Version:** Arroyo stated that for some unknown reason, some male subjects who resided in Woodbridge had threatened to kill Arroyo's brother, Manuel. During the time of the threats, Arroyo had been detained in juvenile hall regarding another charge. When he was released, his brother Manuel told him about the threats. On 9/10/79, Arroyo was repairing his automobile when some friends approached him and the threats on his brother Manuel were discussed. They were all consuming intoxicants at the time. It was known that Aliasar was at the park with Manuel and that Aliasar had a shotgun. Aliasar had stated that the subjects from Woodbridge had a shotgun and knives. At Aliasar's (Allazar) suggestion, the group went to look for the Woodbridge subjects. He said he knew where they were and that that they were at the cannery waiting to "get him." Enroute to the cannery, they stopped to purchase liquor. After purchasing the liquor, they went to a park. After exiting the car, Aliasar said that he saw a car coming and that is was the subject's from Woodbridge. The victims circled the park and left. A pursuit began in the cars with sticks and bottles being used as weapons. Arroyo was in

ARROYO, ARTEMIO          C20149          CTF-Soledad          FEB/2003

Exhibit D P 1

LIFE PRISONER EVALU~   ~REPORT                                                        2
SUBSEQUENT PAROLE    ~DERATION HEARING
FEBRUARY 2003 CALENDA

the front seat and was hit with a bottle. The cars were bumping into each other during the pursuit. Someone from the backseat handed him a gun that he states he did not know was loaded. He also stated that he did not intend to kill anybody but only to fight with them. As the cars proceeded down the road, Arroyo pointed the gun (shotgun) at the victim's car and when the cars bumped into each other the shotgun went off. Arroyo stated that he was extremely "loaded" and thought he was going to get sick prior to the shooting. Arroyo states that he was 17 years old at the time of the crime and that he does feel remorse for committing the crime. He states that he is now more mature and is ready for society and to start a new life. He added that he now has a daughter and granddaughter. Arroyo stated that divorce proceedings were begun and believes he is no longer married.

B.    **Aggravating/Mitigating Circumstances:**

1.    **Aggravating Factors:**

   a.    A weapon was utilized in committing the crime.

   b.    The planning with which the crime was committed indicated premeditation.

2.    **Mitigating Factors:** Arroyo was a juvenile at the time of the crime.

II.    **PRECONVICTION FACTORS:**

A.    **Juvenile Record:**

10/15/77    CAPD LA; PC 626.8 Disrupt School Activities, petition requested.

2/3/79    CAPD LA; PC 211 Robbery, petition requested.

B.    **Adult Convictions:** PC 187 Murder Second Degree, 15 years to Life (current term).

C.    **Personal Factors:** Arroyo was born on 6/6/62 in Mexico. He was the youngest of four children born to the marriage of Jose Arroyo and the former Della Mendez. He stated that his father died when Arroyo was a small child of unknown causes. His mother remarried in 1970 to Augustine Sanchez in Mexico. Arroyo stated that he first came to Stockton, CA, when he was 15 years old to work for his stepfather. Prior to that he had lived in Los Angeles and San Diego. He was living with his mother and siblings in Lodi, CA, at the time of the crime. He states his home life was good and that he had completed 10 and a half years of

ARROYO, ARTEMIO          C20149                    CTF-Soledad              FEB/2003

*Exhibit D. P. 2*

LIFE PRISONER EVALU.    )N REPORT
SUBSEQUENT PAROLE C.    IDERATION HEARING
FEBRUARY 2003 CALENDA    **3**

school and that he had attended school in Los Angeles and Lodi. Arroyo stated
that when he wasn't attending school, that he would work in the fields as a
laborer.

## III.  POSTCONVICTION FACTORS:

A.  <u>Special Accommodations/Disability:</u>  No disability but requests a Spanish
interpreter. It should be noted that Arroyo does speak English.

B.  <u>Custody History:</u>  Documents from the previous hearing have been considered
and that information remains valid. Board of Prison Terms hearing held on 2/1/00
and received three-year denial. Has remained at the Correctional Training Facility
(CTF-Soledad) since transferring from Centinela State Prison (CEN) on 10/18/00.
Has remained at MED A custody and his classification score has been reduced to
22. He is currently assigned to Vocational Small Engine Repair. See
Postconviction Progress Report.

C.  <u>Therapy & Self-Help Activities:</u>  Participated in the Monterey County Kids
Coalition Project (CDC 128B dated 12/18/00). Participated in the C.H.A.N.G.E.
program (CDC 128B dated 6/26/02). Arroyo is currently signed up for the next
14 week IMPACT self-help program (CDC 128B dated 9/14/02). Completed
Anger Management (see certificate), Parenting Education (see certificate).

D.  <u>Disciplinary History:</u>  See Disciplinary Sheet.

## IV.  FUTURE PLANS:

A.  <u>Residence:</u>  Arroyo plans to reside at the home of Margarita Delaney (whom he
plans to marry) at 5362 Chollas Parkway, San Diego, CA 92105; (619) 229-9627.

B.  <u>Employment:</u>  Arroyo as acquired skills in small engine repair, air
conditioning/refrigeration and carpentry. He does not have definite future
employment established at this time but his sister Margaret Equihua and brother-
in-law Jose Equihua have offered to support him once Arroyo is paroled (see
letter dated 1/17/00).

## V.  USINS STATUS:  Arroyo was born in Mexico, USINS #A22441495 hold has been
established.

ARROYO, ARTEMIO          C20149               CTF-Soledad          FEB/2003

*Exhibit D p·3*

LIFE PRISONER EVALUATION REPORT  4
SUBSEQUENT PAROLE CONSIDERATION HEARING
FEBRUARY 2003 CALENDAR

## VI.  SUMMARY:

A.  Considering the commitment offense, prior juvenile record and prison adjustment, I believe that Arroyo would pose a moderate degree of threat to the public at this time, if released from prison.

B.  Prior to release the prisoner could benefit from:

    1.  Continue to maintain a disciplinary free program.

    2.  Participate in self-help and/or therapy programs.

    3.  Continue to upgrade vocationally and academically.

C.  This Board Report is based upon approximately four hours of Central File review, incidental contact within the housing unit and one hour interview with Arroyo.

D.  Arroyo was given the opportunity to review his Central File (Olson Review) on 10/9/02.

E.  No accommodation for the purposes of effective communication was required per the Armstrong Remedial Plan (ARP).

ARROYO, ARTEMIO          C20149                    CTF-Soledad            FEB/2003

*Exhibit D P. 4*

LIFE PRISONER EVALU___ ___N REPORT
SUBSEQUENT PAROLE ___ ___IDERATION HEARING
FEBRUARY 2003 CALENDA___

5

_____     12-19-02
W.R. Mann                      Date
Correctional Counselor I


_____     12-19-02
J. Sisk                        Date
Correctional Counselor II


_____     12-23-02
R. Pope                        Date
Facility Captain


_____ CePR(A)  12/31/02
D.S. Levorse                   Date
Classification and Parole Representative


ARROYO, ARTEMIO         C20149              CTF-Soledad          FEB/2003

Exhibit D P.5

BOARD OF PRISON TERMS

LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

STATE OF CALIFORNIA

- [ ] DOCUMENTATION HEARING
- [X] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

INSTRUCTIONS

    TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
    TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
        ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 12/99 to 12/00 | | | **PLACEMENT:** Transferred from Centinela (CEN) to the Correctional Training Facility (CTF) on 10/18/00 **CUSTODY:** MED A **CLASSIFICATION SCORE:** Adjusted from 30 to 22 during this review period. **ACADEMIC:** See VOC. **WORK:** Assigned as a Porter from 11/14/00 to 12/9/00. **VOCATION:** A/C and Refigeration 3/7/98 until transferred to CTF. Assigned to Vocational Small Engine Repair on 12/9/00. **GROUP ACTIVITIES:** Participated in AA/NA and the Monterey County Kids Coalition project. **PSYCH TREATMENT:** None noted. **PRISON BEHAVIOR:** Remained disciplinary free this period. |

*signature:* WR Man

DATE  12-19-02

ARROYO, ARTEMIO            C20149            CTF            FEB/2003

BPT 1004 (REV 7/86)                    Page _1_

*Exhibit "D" P. 6*

BOARD OF PRISON TERMS

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

STATE OF CALIFORNIA

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12/00 to 12/01 | | | **PLACEMENT:** CTF<br>**CUSTODY:** MED A<br>**CLASSIFICATION SCORE:** Adjusted to 14 this review period.<br>**ACADEMIC:** See VOC.<br>**WORK:** See VOC.<br>**VOCATION:** Continued assignment in Vocational Small Engine Repair.<br>**GROUP ACTIVITIES:** None noted this period.<br>**PSYCH TREATMENT:** None noted.<br>**PRISON BEHAVIOR:** Remained disciplinary free this period. |

ORDER:
- ☐ BPT date advanced by _____ months.
- ☐ PBR date advanced by _____ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

ARROYO, ARTEMIO          C20149                    CTF                    FEB/2003

BOARD OF PRISON TERMS                                           STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                          Page _2_

*Exhibit D P.7*

BOARD OF PRISON TERMS                                                                    STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12/01 to 10/02 | | | **PLACEMENT:** CTF<br>**CUSTODY:** MED A<br>**CLASSIFICATION SCORE:** Adjusted to 6 this review period.<br>**ACADEMIC:** See VOC.<br>**WORK:** See VOC.<br>**VOCATION:** Continued assignment in Vocational Small Engine Repair.<br>**GROUP ACTIVITIES:** Participated in the IMPACT self-help program and C.H.A.N.G.E. program.<br>**PSYCH TREATMENT:** None noted.<br>**PRISON BEHAVIOR:** Remained disciplinary free this period. |

ORDER:
- ☐ BPT date advanced by _____ months.   ☐ BPT date affirmed without change.
- ☐ PBR date advanced by _____ months.   ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

| ARROYO, ARTEMIO | C20149 | CTF | FEB/2003 |
|---|---|---|---|

BOARD OF PRISON TERMS                                                                    STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                                     Page _3_

*Exhibit D. P. 8*

## DISCIPLINARY SHEET

### CDC 128A's:

None.

### CDC 115's:

| | | |
|---|---|---|
| 9/6/96 | ISP | Conspiracy to Traffic Narcotics (Serious). |
| 12/15/95 | ISP | Conduct/Extortion/Conspiring to Traffic Narcotics (Serious). |
| 6/28/92 | RJD-CF | Possession of Heroin (Serious). |
| 4/7/92 | RJD-CF | Possession/Use of a Controlled Substance (Marijuana) (Serious). |
| 4/7/92 | RJD-CR | Unissued Property (Administrative). |
| 6/16/89 | CTF-C | Performance:  On Recreation Yard While on Privilege Loss (Serious). |
| 6/6/89 | CTF-C | Contraband (Administrative). |
| 1/10/89 | CTF-C | Possession of Controlled Substance (Marijuana) Stimulants/ Sedatives (Serious). |
| 10/18/85 | SQ | Contraband:  Control of Two Inmate Manufactured Stabbing Instruments (Serious). |
| 6/28/88 | CSP-NF | Work Performance (Serious). |
| 11/10/85 | SQ | Conduct:  Obeying Orders, Refusing a Direct Order (Serious). |
| 10/29/84 | DVI | Control of Metal Weapon Stock (Serious). |
| 10/11/81 | SQ | Contraband:  Stealing State Property (Administrative). |
| 11/29/80 | SQ | Possession of Money in the Visiting Room (Administrative). |
| 11/25/80 | SQ | Unauthorized Areas (Administrative). |

ARROYO, ARTEMIO          C20149                    CTF                    FEB/2003

*Exhibit D P.9*

LIFE PRISONER EVALUATION
SUBSEQUENT PAROLE CONSIDERATION HEARING
MARCH 1994 CALENDAR

ARROYO, Artemio Mendez                                    C20149

I.   COMMITMENT FACTORS

A.   Life Crime:

On 9/10/79, at approximately 11:00 PM, police officers
responded to a car crash at the 800 block of S.
Cherokee Lane in Lodi, CA.  They found 16 year old
Daniel Martino slumped over the passenger side of the
vehicle, which had crashed into a parked car.  Martino
was pronounced dead on arrival at the hospital.  The
driver, 16 year old Eddie Ramirez was treated at the
hospital and released.  The defendant Arroyo was
Subsequently arrested for firing a shotgun into the
passenger area side of the moving vehicle, attempting
to pull the other car over while occupants of both cars
assaulted each other with sticks and pipes.  Arroyo got
mad and pulled a shotgun from under the car seat of the
vehicle and fired into the vehicle that the victim was
in.  The victim's car veered to the left and crashed
into a parked car.

B.   Prisoner's Version:

(Phone interview follow up on 2/10/94)  Arroyo states
the he is remorseful for what happened.  He was (17)
seventeen years old at the time and unable to undo what
has already been done.  He wants to go on with his
life.  Other statements regarding the offense, in the
Probation Officers Report and Initial hearing, remain
the same as previously stated.

C.   Aggravating Circumstances:

1.   Weapon was used in the commission of the offense.

2.   Premeditated, defendant and accomplices pursued
the victims with a loaded weapon.

3.   Gang affiliation points to high level of criminal
sophistication.

Copy to Inmate
2-18-94

Exhibit D P. 10

Life Prisoner Evaluation
Subsequent Parole Consideration Hearing
March 1994 Calendar
Page 2

          4.   Defendant's remorse appeared to be that he shot
              and murdered someone from Tracy instead of
              Woodbridge.

    D.   <u>Mitigating Circumstances:</u>  None.

## II.  PRECONVICTION FACTORS

Prior documents from Probation Officer's Report and Initial
Hearing have been reviewed and that information remains
valid.

## III.  POSTCONVICTION FACTORS

Arroyo received CDC 115's, on 4/7/92, for Possession/use of
a Controlled Substance (Marijuana), and on 6/28/92, for
Possession of Heroin. He has remained disciplinary free for
approximately 1 year 9 months. Since his last Board hearing
on 8/23/91, he was placed in Vocational Small Engine repair.
He was placed in WG A1/C non-contact visits by Unit
Classification Committee (UCC), on 9/16/92, as a result of
the 115 he received for drugs. On 12/30/92, non-contact
visits were re-instated. On 7/13/93, he was assigned to B-1
Porter, where he remains to date. There are no work
performance reports in the C-file for the latter part of
1992 or 1993; however, time cards indicate consistent
attendance in his assignment!

## IV.  FUTURE PLANS

Remain valid as previously stated in Initial/Subsequent #1
hearing.

## V.  SUMMARY

Review of Central file indicates he has strived for
improvement. He has met some of the Board's requirements in
that he has finally stopped getting CDC 115's and has
remained disciplinary free for approximately 1 year and 9
months. He has not, however; taken any self-help Alcoholic
Anonymous classes at Calipatria. Up to 7/19/92, while at
Richard J. Donovan Correctional Facility, he participated in
Alcoholic Anonymous/Narcotic Anonymous classes. He appears
to be a steady worker, reluctant to leave the porter
position and lose the small stipend he receives for his

*Exhibit D P.11*

Life Prisoner Evaluation
Subsequent Parole Consideration Hearing
March 1994 Calendar
Page 3

personal needs. He feels that the training in Small Engine repair and Wood Shop Furniture will aide him is seeking employment when he gets his parole date. In the mean time he is on the Vocational waiting list for Silk Screening. On 12/23/92, an Olsen Review was conducted by the counselor.

Prepared By:

C. Dominguez,
Correctional Counselor II
Calipatria State Prison

Reviewed By:

B. J. Hill,
Classification & Parole Representative
Calipatria State Prison

*Exhibit D P. 12*

BOARD OF PRISON TERMS                                                                STATE OF CALIFORNIA

## LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

- [ ] DOCUMENTATION HEARING
- [ ] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

### INSTRUCTIONS

TO CDC STAFF:  DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT.

TO BPT STAFF:  FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 8/91<br>To<br>8/92 | | | Remained at RJD under Medium Custody in the general population.  Attending small engine repair where he has received satisfactory work evaluation and his instructor has given him alot of laudatory comments.  Was assigned to small engine repair on 5/15/91.  Inmate Arroyo has received two 115's; one for Possession/Use of Controlled Substance/"marijuana" on 4/7/92, and another one on 6/28/92, for Possession of Heroin, which is currently in appeal by inmate Arroyo at the third level.  Continued regular attendance at Narcotic Anonymous meetings as documented on chrono 128B, dated 4/20/92, 5/27/92, 7/27/92, and 8/28/92. |
| 8/92<br>To<br>7/93 | | | Remained at RJD under Medium A custody in the general population.  Inmate Arroyo has continued to attend small engine repair until 11/92 at which time he was transferred to Calipatria State Prison.<br><br>Received CAL IV on 11/2/92.  Subject appeared before FAC C, Unit Classification Committee (UCC), on 11/12/92, for initial review. Custody established at CLO B, placed on Support Services and Academic Education (ABE II) Waiting lists.  WG/PG:  A1/C.  On 12/30/92, Arroyo's case was screened in absentia by FAC B, UCC to reinstate his contact visit for a CDC 115, dated 6/28/92, for Possession of Heroin. On 4/20/93, subject appeared before FAC B, UCC for Ad Seg release review.  WG/PG changed from A1/C to A1/A.  Due to Arroyo's CLO B classification, he has not been able to attend |

| CORRECTIONAL COUNSELOR SIGNATURE | DATE |
|---|---|
| | |

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| ARROYO, Artemio | C20149 | CAL | MARCH | |

BPT 1004 (REV 7/86)                          PAGE 1 of _____          *Exhibit D p. 13*

BOARD OF PRISON TERMS                                                              STATE OF CALIFORNIA

## CONTINUATION SHEET: LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 8/92 To 7/93 Cont. | | | evening Narcotic Anonymous/Alcoholic Anonymous meetings, but is on the waiting list for meetings. Inmate Arroyo has remained disciplinary free this reporting period, no 128A, Informative chronos, noted. Arroyo has received a diploma from La Escuela Fuente de Luz, where he has completed a biblical correspondent course. Certificate dated 7/21/93. Inmate Arroyo, as indicated previously, was assigned Building One Porter, from 7/13/93, to present, receiving verbal above average work evaluations from his supervisors. Noted letters of support received as of this reporting date/period. |
| 8/93 To Present | | | On 8/31/93, subject appeared before FAC B for UCC Annual Review. Custody remained at CLO B. Continued in his assignment, B1-Porter. No supervisory work reports available for this period. Inmate Arroyo, has remained disciplinary free since 6/92. |

Prepared by;                                                    Reviewed by;

C. Dominguez,                                                   B.J. Hill,
CCII                                                           C&PR

ORDER:

☐ BPT date advanced by _____ months        ☐ BPT date affirmed without change

☐ PBR date advanced by _____ months.       ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:

☐ Previously imposed conditions affirmed.

☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|

*Exhibit D 14*

BPT 1004 (REV. 7/86)          PAGE ____ of ____              PERMANENT ADDENDA

## DISCIPLINARY SHEET

115'S

| | | | |
|---|---|---|---|
| 4-7-92 | RJD | 3006 | UNISSUED PROPERTY GUILTY: WARNED AND COUNSELED REGARDING ILLEGAL POSSESSION OF PROPERTY. |
| 4-7-92 | RJD | 3016 | POSSESSION/ USE OF A CONTROLLED SUB-STANCE (MARIJUANA) GUILTY: 150 DAYS CREDIT LOSS, 60 DAYS LOSS OF PRIVILEGES |
| 6-28-92 | RJD | 3016 | POSSESSION OF HEROIN GUILTY: ASSESSED 180 DAYS CREDIT LOSS FOR DIVISION "B" OFFENSE; ASSESSED 90 DAYS LOSS OF PRIVI-LEGES. |

*Exhibit D P. 15*

ARROYO, ARTEMIO          C20149          CAL          1/19/94

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT HEARING
August 1991 Calendar


ARROYO, Artemio   C-20149


I.   COMMITMENT FACTORS:

A.   Life Crime:  All relevant documents from the previous hearing,
including the transcripts, have been considered and that
information appears valid, and this writer has no further
information to add.


B.   Prisoner's Version:  Remains the same as stated in the previous
hearings.

C.   Aggravating and Mitigating Circumstances:  Remains the same as
stated in the previous hearings.


II.   PRECONVICTION FACTORS:

Documents from the previous hearings have been considered and
that information remains valid.


III.   POSTCONVICTION FACTORS:

Documents from the previous hearings have been considered and
the information remains valid.  During the period of time
since then the Prisoner's behavior has improved from the previous two
years.  He has made good progress in his educational program.  He has
also participated in several self-help programs offered by the
institution.  See attached Postconviction progress Report for details.

IV.   FUTURE PLANS:

A.   Residence:  Arroyo is no longer married to Victoria Arroyo.  The
divorce was terminated 8-21-90.  Arroyo plans to marry Alicia
Hernandez who resides at 1255 Broadway Apt. # 9, San Diego,
Calif., before he paroles.  He plans to reside with her upon
release.  Arroyo also plans to seek employment in the small
engine repair field.  Arroyo claims to have a great deal of
family support, although there are no letters to support this
claim in his Central File, he does receive frequent visits from
his family.

Copy sent to inmate 7/26/91

Exhibit D P. 16

V.   SUMMARY:

A.   Considering the commitment offense, prior record and prison behavior, this writer believes that the Inmate would pose a moderate to high risk to the public if released from prison. Arroyo needs to continue making strides toward maintaining his disciplinary free behavior.

B.   Prior to release, the inmate should continue to:

1.   Maintain a disciplinary free program.
2.   Continue his vocational training.
3.   Obtain his GED.
4.   Participate in the Alcoholics Anonymous program and/or other stress management programs.

C.   This Board Report is based on 2 1/2 hours of Central File review, contacts with staff and 40 minutes of interview with the Inmate. The Inmate has reviewed and agreed with the contents of this report.  The Inmate declined to review his Central-File.

Prepared by:

R. Harmon
Correctional Counselor I

Reviewed by:

G. Crawford
Correctional Counselor II

Exhibit D P.17

BOARD OF PRISON TERMS

STATE OF CALIFORNI

# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

☒ PAROLE CONSIDERATION HEARING

☐ PROGRESS HEARING

## INSTRUCTIONS

TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT.

TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 9-23-89 <br> 9-22-90 | | | Inmate Arroyo remained at the Correctional Training Facility under Medium A custody, Level III. His classification score was 72 and he was assigned to support services as a porter. His work/privilege group was A1/A. On 11-8-89, Arroyo appeared before Unit Classification Committee for the purpose of Annual Review and Post Board Review. The Committee reduced Arroyo's Classification Score by two points to 70 for one period of full time assignment. The Committee also noted the Board of Prison Terms recommendations: 1.) Remain disciplinary free; 2.) Upgrade educationally; 3.) Participate in self-help and therapy programs. On 5-3-90, Arroyo appeared before a Unit Classification Committee, for the purpose of transfer consideration. The Committee noted reference memo dated April 5, 1990, regarding distribution of lifer inmates and per Arroyo's request, referred him to the CSR with a transfer recommendation of R. J. Donovan, Level III. On 6-3-90, Arroyo received a 128-A counseling chrono due to an infraction regarding the visiting room. On 6-13-90, Arroyo was endorsed for R. J. Donovan. On 6-22-90, Arroyo received a CDC 128-E, Education Progress Report verifying a grade of C+ for the second quarter. He arrived at R.J. Donovan Correctional Facility on 7-13-90. He was Medium A custody, Level III. His classification score was 70 and he |

| CORRECTIONAL COUNSELOR SIGNATURE | DATE |
|---|---|

| NAME ARROYO, Artemio | CDC NUMBER C-20149 | INSTITUTION RJD | CALENDAR 8/91 | HEARING DATE |
|---|---|---|---|---|

*Exhibit D P. 19*

BPT 1004 (REV 7/86)

BOARD OF PRISON TERMS                                                STATE OF CALIFORNIA

## CONTINUATION SHEET: LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| Cont'd.<br>9-23-89<br>to<br>9-22-90 | | | was Involuntary unassigned. His work/privilege group remained A1/A. On 7-19-90, Arroyo appeared before Main Initial Classification Committee, for the purpose of Initial Classification. The Committee elected to place Arroyo on the ABE-1, Education waiting list. On 9-20-90, Arroyo appeared before Unit Classification Committee, for the purpose of Annual Review. The Committee reduced his Classification Score by six points to 64 points and recommended the Inmate continue the present program. Arroyo received no disciplinary reports or laudatory chronos during this period. |
| 9-23-90<br>to<br>Present | | | Inmate Arroyo remained at R.J. Donovan under Medium A custody, Level III. His Classification Score was 64 points and he was assigned to Education, ABE-I. His work/privilege group was A1A. On 9-30-90 Arroyo received a CDC 128 E Education Progress Report, verifying his excellence as a student. On 12-31-90, Arroyo received a CDC 128 E Education Progress Report, verifying a grade point level of 4.0. On 3-27-91, Arroyo received a CDC 128 B Laudatory Chrono, verifying participation in the Life Plan for Recovery Substance Abuse Program. On 3-19-91, Arroyo received a score of 5.8 on the TABE Battery Test. On 5-5-91, Arroyo received a score of 6.5 on the TABE Battery Test. On 6-13-91, Arroyo received a |

**ORDER:**

☐ BPT date advanced by _____ months.  ☐ BPT date affirmed without change.

☐ PBR date advanced by _____ months.  ☐ PBR date affirmed without change.

**SPECIAL CONDITIONS OF PAROLE:**

☐ Previously imposed conditions affirmed.

☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | ARROYO, Artemio | CDC NUMBER | C-20149 | INSTITUTION | RJD | CALENDAR | 8/91 | HEARING DATE |

*Exhibit D P.19*

BOARD OF PRISON TERMS

## CONTINUATION SHEET: LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

STATE OF CALIFORNIA

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| Cont'd.<br>9-23-90<br>to<br>Present | | | CDC 128-B Laudatory Chrono, verifying participation in the Alternatives to Violence Program. Arroyo received an Olsen Review of his Central File on 7-3-91. Arroyo received no disciplinary reports during this period.<br><br>Prepared by:      Reviewed by:<br><br><br>R. Harmon         G. Crawford<br>CC-I             CC-II |

**ORDER:**

☐ BPT date advanced by _____ months.    ☐ BPT date affirmed without change.

☐ PBR date advanced by _____ months.    ☐ PBR date affirmed without change.

**SPECIAL CONDITIONS OF PAROLE:**

☐ Previously imposed conditions affirmed.

☐ Add or modify _____

_____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME ARROYO, Artemio | CDC NUMBER C-20149 | INSTITUTION RJD | CALENDAR 8/91 | HEARING DATE |
|---|---|---|---|---|

*Exhibit D P. 20*