# EXHIBIT E

PSYCHOLOGICAL EVALUATION FOR THE BOARD OF PRISON TERMS
(REVISED AUGUST 1998)
PAROLE CONSIDERATION HEARING
FEBRUARY 2003 LIFER CALENDAR

CORRECTIONAL TRAINING FACILITY, SOLEDAD
DECEMBER 12, 2002

This is a psychological evaluation for the Board of Prison
Terms on inmate Artemio Arroyo, CDC# C-20149.  This report
is the product of a personal interview, conducted on
12/12/02, as well as a review of his Central file and unit
health record.  This interview was a single contact with
this individual for the sole purpose of preparing this
report.

Inmate Arroyo was born in Mexico.  He speaks both Spanish
and English.  He was offered the use of an interpreter, but
declined.

## PSYCHOSOCIAL ASSESSMENT

### I.  IDENTIFYING INFORMATION:

Inmate Arroyo is a 40-year-old, divorced, Hispanic
male.  His date of birth is 06/08/62.  He stated his
religion is Catholic.  He presented with no unusual
physical characteristics, and denied the use of
nicknames or aliases.

### II.  DEVELOPMENTAL HISTORY:

Inmate Arroyo denied any history of birth defects or
abnormalities of developmental milestones.  He denied a
history of cruelty to animals, a history of arson, or
any significant childhood medical history.
Furthermore, he denied a history of physical or sexual
abuse as either a perpetrator or a victim.

### III.  EDUCATIONAL HISTORY:

Inmate Arroyo stated that he completed the 11th grade.
He quit high school to go to work.  He stated that he
has completed his GED since being incarcerated.  He
denied being involved in special education for academic
or behavioral problems.

*Exhibit "E" p.1*

ARROYO, ARTEMIO
CDC NUMBER:  C-20149
BPT PSYCHOLOGICAL EVALUATION
PAGE TWO


IV.   **FAMILY HISTORY**:

Inmate Arroyo stated that his father died when he was quite young from an illness that the inmate was unsure about.  He stated that he was raised by his mother and grandmother, and that his mother remarried when he was about 11 years old.  He has two sisters and one brother from his biological father, and three stepbrothers and three stepsisters.  He stated that his mother is approximately age 65 years old, and relatively healthy. Inmate Arroyo stated that he receives regular family visits, and described his relationship with family members as positive.

V.    **PSYCHOSEXUAL DEVELOPMENT AND SEXUAL ORIENTATION**:

Inmate Arroyo stated that he is a heterosexual male. He denied any history of high-risk sexual behavior.

VI.   **MARITAL HISTORY**:

Inmate Arroyo stated he has been married one time.  He married a woman after he was incarcerated, whom he knew before he was arrested for his commitment offense.  He has one daughter through this marriage.  He stated that he was married for approximately five years, after which his wife left him.  He said about the relationship, "We were too young.  She got tired of waiting."

Inmate Arroyo stated that he continues to communicate regularly with his daughter, and granddaughter, and receives visits from them as well.

Inmate Arroyo is currently engaged to somebody he met through his family, and hopes to marry one day if paroled.

VII.  **MILITARY HISTORY**:

Inmate Arroyo denied any history of military service.

VIII. **EMPLOYMENT/INCOME HISTORY**:

Inmate Arroyo was incarcerated for his commitment offense at age 17.  He stated that he had no time to

ARROYO        C-20149        CTF-NORTH        12/13/02        gmj

*Exhibit "E" P. 2*

ARROYO, ARTEMIO
CDC NUMBER:  C-20149
BPT PSYCHOLOGICAL EVALUATION
PAGE THREE

have significant pre-incarceration employment, but did work through helping his parents with contract painting.

Since his incarceration, he has worked on the yard crew, and as a porter, and has been involved in vocational training.  He has completed vocational air conditioning and refrigeration, and vocational sheet metal, and is currently completing small engine repair.

IX.   **SUBSTANCE ABUSE HISTORY:**

Inmate Arroyo admitted to being heavily intoxicated from drinking approximately seven beers on the day of his commitment offense.  He denied any additional substance use, including illicit drugs.  However, past psychological evaluations have documented polysubstance abuse issues.

Since his incarceration within CDC, he has also received three CDC-115s related to possible substance use.  One of the CDC-115s was for possession of marijuana, and the other CDC-115 was for possession of heroin.  Inmate Arroyo stated he was found guilty of both.  However, he denied both allegations.  He also has a CDC-115 pending for conspiracy to traffic narcotics.  He denies being involved in this incident.

Inmate Arroyo stated that he has been involved in Alcoholics Anonymous and Narcotics Anonymous since about 1990.  He has been at CTF, he said, for a little over a year, and is currently on the waiting list to re-enroll in Alcoholics Anonymous.

Self-help-wise, inmate Arroyo stated that he has completed an anger management course, which is documented in the Central file, which appears to be an extensive, 44-week program.  He also completed a Breaking Barriers program, and a class in Parenting Education.

X.   **PSYCHIATRIC AND MEDICAL HISTORY:**

Inmate Arroyo denied any history of medical or psychiatric hospitalizations.  He denied any psychiatric history, including suicidality.  He denied

*Exhibit "E" P. 3*

ARROYO, ARTEMIO
CDC NUMBER:  C-20149
BPT PSYCHOLOGICAL EVALUATION
PAGE FOUR

a history of serious accidents or head injuries, or a
history of seizures or other neurological conditions.
He stated that he is not taking any medications.

XI.  <u>PLANS IF GRANTED RELEASE</u>:

Inmate Arroyo hopes, as mentioned earlier, to marry his
fiancée if paroled.  She resides in the San Diego area,
and has agreed to support any transition.  He stated
that he hopes she can help him get a job.  He also said
he has a large family, who have agreed to help him find
work.  He also hopes to be able to spend a lot of time
with his daughter and granddaughter.  He would like to
use some of the vocational training he has received
within CDC in air conditioning and refrigeration, and
apply these skills to work in the community.

His parole plans seem viable, as discussed with this
clinician, and, based on past evaluations, seem
somewhat more specific and thought out.  His prognosis,
then, for community living, based on transition plans
and back-to-work issues, is improved.

### CLINICAL ASSESSMENT

XII.  <u>CURRENT MENTAL STATUS/TREATMENT NEEDS</u>:

Inmate Arroyo is a 40-year-old, divorced, Hispanic
male.  He appeared his stated age.  He was
appropriately dressed and groomed.  He was coherent,
cooperative, calm, and alert throughout the interview.
His speech, flow of thought, and affect were all within
the normal range.  His intellectual functioning was
estimated to be <u>slightly</u> below the average range
compared to this ~~Level II inmate population~~.  There was
no evidence of a mood or thought disorder.  His insight
and judgment appeared to be average compared to this
prison population.

<u>CURRENT DIAGNOSTIC IMPRESSIONS</u>:

**AXIS I:**      Polysubstance Abuse, in institutional
                remission.
**AXIS II:**     Antisocial Personality Disorder.

Exhibit "E" 4

ARROYO, ARTEMIO
CDC NUMBER:  C-20149
BPT PSYCHOLOGICAL EVALUATION
PAGE FIVE

          AXIS III:   None reported.
          AXIS IV:    Incarceration.
          AXIS V:     GAF = 75.

     His prognosis is positive for being able to maintain
     his current mental status in the community upon parole.

### XIII. REVIEW OF LIFE CRIME:

     Inmate Arroyo is serving a 15-year to Life sentence for
     Second Degree Murder.  He was age 17 at the time of the
     crime, and has therefore been incarcerated for
     approximately 23 years.

     Inmate Arroyo's commitment offense consisted of the
     murder of another man.  He stated that he was heavily
     intoxicated at the time of the crime, and admitted to
     drinking about seven beers that day, and it being his
     first experience drinking alcohol.  When asked to
     discuss the crime, and events leading to the crime, he
     said, "I don't like to talk about it.  It is in the
     past.  I feel remorse.  I wasn't thinking properly, and
     under the influence.  I wish I could change it."  It is
     likely that the above diagnosed psychopathology was at
     least indirectly related to the crime.

     Since being incarcerated within CDC, he has received
     approximately thirteen CDC-115s, none of which were of
     a violent nature.  As mentioned earlier, three of these
     were related to substance abuse issues, all of which
     were denied by the inmate.

     He had no prior adult criminal record, since he was
     incarcerated at age 17, and appears to have been up on
     charges of robbery as a juvenile.  He also admitted to
     one time being taken to the police station for being
     out of bounds at school.

     Inmate Arroyo admitted to being involved in a
     neighborhood gang prior to his incarceration.  He
     denied any gang involvement within CDC.

### XIV. ASSESSMENT OF DANGEROUSNESS:

     A.   In consideration of several factors, including his
          lack of a violent criminal history prior to the

Exhibit "E" P. 5

ARROYO, ARTEMIO
CDC NUMBER:  C-20149
BPT PSYCHOLOGICAL EVALUATION
PAGE SIX

commitment offense, and his lack of violent CDC-115 violations within prison, his violence potential within a controlled setting is estimated to be average relative to this Level II inmate population.

B.  If released to the community, his violence potential is estimated to be slightly higher than the average citizen in the community.

C.  A significant risk factor for this inmate which could be a precursor to violence would be the continued abuse of alcohol or any illicit drug. Should he abuse these substances again, his violence potential would be considered much higher than the average citizen in the community.

## XV.  CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS:

A.  This inmate is competent and responsible for his behavior.  He has the capacity to abide by institutional standards.

B.  This inmate does not have a mental health disorder which would necessitate treatment, either during his incarceration period or following parole.

C.  As inmate Arroyo has acknowledged the abuse of alcohol in the past, and there are references to possible illicit drug use, I would recommend upon parole:

1)  Abstinence from all illegal drugs and alcohol.

2)  Monitoring for substance abuse.

3)  Mandatory attendance at self-help groups that address substance abuse issues.

JEFF HOWLIN, Ed.D.
Staff Psychologist
CORRECTIONAL TRAINING FACILITY, SOLEDAD

*Exhibit "E" P. 6*

ARROYO        C-20149        CTF-NORTH        12/13/02        gmj

ARROYO, ARTEMIO
CDC NUMBER:  C-20149
BPT PSYCHOLOGICAL EVALUATION
PAGE SEVEN

*[signature]* , Ph.D.

B. ZIKA, Ph.D.
Senior Supervising Psychologist
CORRECTIONAL TRAINING FACILITY, SOLEDAD

JH/gmj

D:  12/12/02
T:  12/13/02

*Exhibit "E" page 7.*

*Inmate Copy*

## PSYCHOLOGICAL EVALUATION FOR THE BOARD OF PRISON TERMS
### (REVISED AUGUST 1998)
### PAROLE CONSIDERATION HEARING
### JULY 2005 LIFER CALENDAR

### CORRECTIONAL TRAINING FACILITY, SOLEDAD
### JUNE 9, 2005

This is an addendum to the fourth psychological evaluation of 12/13/02 for the Board of Prison Terms on inmate Artemio Arroyo, CDC# C-20149. The current update is the result of a personal interview with inmate Arroyo on 06/09/05, a review of his central file and the unit health record. He is aware of the purpose of the evaluation, and agrees to participate, given his limited confidentiality.

Since this is an updated psychological evaluation to the prior full report of 12/13/02, only the new and pertinent information will be included here. Please note: there is essentially no new information for this update, as the evaluation of 12/13/02 is accurate and current based upon inmate Arroyo's presentation and the interview discussion.

| | | | |
|---|---|---|---|
| **NAME:** | ARROYO, ARTEMIO | **CRIME:** | Murder, second degree |
| **CDC #:** | C-20149 | **TERM:** | 15 years to life |
| **DOB:** | 06/06/62 | **OFFENSE DATE:** | 09/10/79 |
| **AGE:** | 43 | **ARREST DATE:** | 09/11/79 |
| **RACE:** | Hispanic | | |
| **SEX:** | Male | | |
| **MARITAL:** | Divorced | | |
| **RELIGION:** | Catholic | | |
| **EVALUATION DATE:** | 06/09/05 | | |

| | |
|---|---|
| **EVALUATOR:** | J. Steward, Psy.D. |
| | Clinical Psychologist |
| **INSTITUTION:** | Correctional Training Facility, Soledad, CA |

## I.    IDENTIFYING INFORMATION:

Inmate Artemio Arroyo is a 43-year-old, divorced, Hispanic male, born 06/08/62, with a stated religion of Catholic. He did not have any unusual physical characteristics, and does not use nicknames or aliases.

### FAMILY HISTORY:

His mother is now 67 years old.

*Exhibit "E" page 8*

*ARROYO, ARTEMIO*
*CDC NUMBER:  C-20149*
*BPT MENTAL HEALTH EVALUATION*
*PAGE TWO*


VIII.  **EMPLOYMENT/INCOME HISTORY:**

Inmate Arroyo completed the small engine class, and is currently working in landscaping.


**CLINICAL ASSESSMENT**


XII.  **CURRENT MENTAL STATUS/TREATMENT NEEDS:**

Inmate Arroyo presented as a calm, cooperative, alert individual who is more mature than one would expect from his crime. He was appropriately dressed and groomed, making good eye contact with the evaluator. His speech and flow of thought were smooth and well cadenced. His mood and affect are within the normal range. His intellectual functioning is estimated to be slightly below the average range. There was no evidence of a thought or mood disorder. He denies suicidal and homicidal ideation. Inmate Arroyo's insight and judgment are fair to good, with adequate impulse control.


**CURRENT DIAGNOSTIC IMPRESSIONS (DSM-IV):**

| | |
|---|---|
| *AXIS I:* | Polysubstance abuse, in institutional remission. |
| *AXIS II:* | Antisocial personality disorder. |
| *AXIS III:* | None reported. |
| *AXIS IV:* | Incarceration. |
| *AXIS V:* | GAF = 80. |

Inmate Arroyo's prognosis is positive for maintaining his current mental status in the community after parole.


XIII.  **REVIEW OF LIFE CRIME:**

Inmate Arroyo states on the day of his crime was the first time he drank an excessive amount of alcohol. He was unable to control himself, claiming if he had not been drunk, the crime would not have happened.

In brief, inmate Arroyo's crime began on 09/10/79, when his brother, Manuel Arroyo, received a telephone call from some Mexican Americans threatening to hurt him (Manuel). Manuel called his brother, Artemio (inmate), who then gathered four other friends to accompany Manuel to work that evening. When they were in Blakely Park, Lodi, California, the victim's vehicle drove by with two Mexican males, which Artemio assumed were the people who threatened his

*Exhibit "E" P. 9*

*ARROYO, ARTEMIO*
*CDC NUMBER: C-20149*
*BPT MENTAL HEALTH EVALUATION*
*PAGE THREE*

brother. The car refused to stop, so inmate Arroyo and his gang members pursued the car, with each occupant from both cars swinging sticks, pipes, and throwing bottles at one another. Inmate Arroyo became upset that they would not stop, so he took a shotgun from under the seat of the car and fired it at the passenger area of the other vehicle. The vehicle with the two Mexican Americans veered to the left and crashed into a parked vehicle, since the driver was shot in the head.

XIV.    **ASSESSMENT OF DANGEROUSNESS:**

A.    Inmate Arroyo does not have a violent criminal history prior to his offense, and he does not have any violent CDC-115 violations within the prison system. Therefore, it is concluded that the violence potential within a controlled setting is estimated to be average to below average relative to other inmates.

B.    If released to the community, inmate Arroyo's potential for violence is estimated to be about average as compared to the average citizen in the community. The reason for this is his greater maturity, as indicated by him not receiving CDC-115s within the last ten years, and his apparently responsible behavior at work.

C.    Prior psychological evaluations have documented polysubstance abuse concerns, and the CDC-115s indicate he was still involved in such ten years ago. On the day of the incident, he was heavily intoxicated from drinking approximately seven beers. Therefore, there is a significant risk factor inmate Arroyo has a greater probability of violence if he continues to abuse alcohol or illegal drugs. The potential for violence would be considered much higher than the average citizen in the community if he abuses substances.

XV.    **CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS:**

1.    Inmate Arroyo is competent and responsible for his behavior. He has the capacity to abide by institutional standards.

2.    Inmate Arroyo does not have a mental health disorder which would necessitate treatment, either during his incarceration period or following parole.

3.    If inmate Arroyo is paroled, the following are strongly recommended:

a.    Abstinence from all illegal drugs and alcohol.

*Exhibit "E" p. 10*

*ARROYO        C-20149        CTF-CENTRAL        06/09/05        gmj*

*ARROYO, ARTEMIO*
*CDC NUMBER:  C-20149*
*BPT MENTAL HEALTH EVALUATION*
*PAGE FOUR*

      b.      Monitoring for substance abuse.

      c.      Mandatory attendance at self-help groups that address substance abuse issues.

*J. Steward, Psy.D.*
*Clinical Psychologist*
*Correctional Training Facility, Soledad*

*Bill Zika, Ph.D.*
*Senior Supervising Psychologist*
*Correctional Training Facility, Soledad*

*JS/gmj*

*D:  06/09/05*
*T:  06/10/05*

*D:\Word Files\BPT - 2005\ARROYO  C-20149  07-05  STEWARD.doc*

Exhibit "E" page 11

# EXHIBIT F

# EXHIBIT F

# State of California

# High School Certificate of Proficiency

This is to certify that

## ARTEMIO M. ARROYO

CZ0149

has met the standards of proficiency established by the California State Department of Education for basic skills taught in public schools. As established by state law, this Certificate of Proficiency is awarded by the State Board of Education and shall be recognized for all purposes as the legal equivalent of a high school diploma.

Awarded this        SIXTH        day of JANUARY, 1992

_C. Hugh Fisher_
President of the State Board of Education

_Bill Honig_
Superintendent of Public Instruction

Copied from C-File.
1-29-98.
BZ Paul, CCI-CEN-III.

F1



CENTINELA DESERT INSTITUTE

*Certificate of Achievement*

**A. Amoyo**

This is to certify that

Vocational Air Conditioning & Refrigeration

has demonstrated competent in
(COMPETENCIES ON REVERSE SIDE).

for recognition of your
outstanding performance
professionalism and dedication.

**CENTINELA**
DESERT INSTITUTE

_____
Vocational Supervisor

Presented This 8th Day of October, 1998

_____
Vocational Teacher

E09030

F 2

CENTINELA DESERT INSTITUTE

Certificate of Achievement

E-09517

*This is to certify that*

**A. Arupo**

*has demonstrated Achievement in*

Vocational A/C & Refrigeration

(COMPETENCIES ON REVERSE SIDE)

*for recognition of your*

*outstanding performance,*

*professionalism and dedication*

**CENTINELA**
DESERT INSTITUTE

_____
Vocational Supervisor

_____
Vocational Teacher

Presented This 4th Day of December, 1998

F 3



# Certificate of Completion

The State of California
Vocational Education Programs
Have Conferred Upon

## A. Ampo

This Award of Distinction For
Participation and Notable Performance In

## Air Conditioning and Refrigeration

With All the Rights and Privileges Pertaining Thereto

Presented this 1st Day of October, 1999

## CENTINELA
DESERT INSTITUTE

_____
J. Kelly
Vocational Instructor

_____
Neil Tucker
Vocational Supervisor

E-02508
Certificate Number

_____
Supervisor of Education

F 4



STATE OF CALIFORNIA

CDC 163-C (11/92)

DEPARTMENT OF CORRECTIONS

## *Vocational Education*

### COMPLETION OF CERTIFICATION UNIT

THIS IS TO CERTIFY THAT

HAS SUCCESSFULLY COMPLETED THE

CERTIFICATION UNIT OF

ALTERNATING CURRENT CIRCUIT

INSTRUMENTATION - CAPACITANCE

LOG # RAC-B.116

SUPERVISOR OF VOCATIONAL INSTRUCTION

VOCATIONAL INSTRUCTOR

6-30-99

DATE

F.5

Name:    ARROYO, A.                C.D.C. # C-20149            B1-234U            128-b

I/M Arroyo, A., C.D.C.# C-20149, is currently assigned in the Vocational Refrigeration & A/C program. During his 18 months in the class he has interacted well with his instructor and his peers. His attendance record has been perfect and he has maintained a positive attitude in the program. I/M has completed 100% of the class curriculum therefore earning a Certification of Completion.  Currenly I/M is involved in the sheet metal fabrication phase of the Food Cart Delivery System for the California Department of Corrections. He has acquired the production skills necessary to be an asset within this special project.

I recommend that I/M Arroyo be retained at Centinela State Prison while the manufacturing of the Food Cart Delivery Project is in production. If you have any questions please call Shop Supervisior, Mr. H. Kelly at extension 7838.

Date: 9-21-99            (General Chrono)

Mr. H. Kelly, Shop Supervisior
Fac B, Voc.Refrigeration & A/C
Centinela State Prison

F 6

STATE OF CALIFORNIA
CDC 163-C (11/92)

DEPARTMENT OF CORRECTIONS

# Vocational Education
## COMPLETION OF CERTIFICATION UNIT

THIS IS TO CERTIFY THAT

ARROYO

HAS SUCCESSFULLY COMPLETED THE
CERTIFICATION UNIT OF

ELECTRICAL ENERGY & POWER INDUCTANCE, TRANSFORMER EQUIPMENT
COMMERCIAL REFRIGERATION, COMFORT COOLING, HEAT PUMPS, GAS FILLED FURNACES
ELECTRICAL HEATING, SOLAR SUPPLY BASE, BUSINESS MANAGEMENT, JOB PREPARATION

SUPERVISOR OF VOCATIONAL INSTRUCTION

VOCATIONAL INSTRUCTOR

LOG # RAC-B.116

9-30-99
DATE

C-20149

E 7



*Certificate of Completion*

The State of California
Academic Education Programs
Have Conferred Upon

**ARROLD THOMAS**

This Award of Distinction For
Participation and Notable Performance in

VOCATIONAL PREPARATION

With All the Rights and Privileges Pertaining Thereto
Presented This _____ Day of FEBRUARY, 1998

**CENTINELA**
DESERT INSTITUTE

Academic Instructor
B.  JARVIS

E-01289
Certificate Number

Academic Supervisor
V.  THOMAS

Supervisor of Education
D.  WAKEFIELD

F 9



# Valley Adult School

## Certificate of Achievement

### VOCATIONAL MACHINE SHOP

Orientation & Shop Safety

TO

Jerome J

STATE OF EUREKA

Certificate Number
0408-089

Instructor
R. Davison

Supervisor of Vocational Instruction
E.R. Parham

Supervisor of Education
G. E. Atchley

0408-089

020197

F 10

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**GRADE**
S – SATISFACTORY
U – UNSATISFACTORY

| ATTITUDE | | **TOTAL CERTIFICATION UNITS IN COURSE:** | |
|---|---|---|---|
| ADAPTABILITY | S | VOCATION (VOC) | 35 |
| CONDUCT | S | ADULT BASIC EDUCATION (ABE) | |
| COOPERATION | S | GENERAL EDUCATION DEVELOPMENT(GED) | |
| DEPENDABILITY | S | HIGH SCHOOL (H. SCH) | |
| INITIATIVE | S | ENGLISH SECOND LANGUAGE (ESL) | |

TOTAL CERTIFICATION UNITS PRIOR TO THIS QUARTER: 0

LIST SPECIFIC CERTIFICATION UNITS COMPLETED
V03.05.01

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 3/7/98 | | |

COMMENTS:

I/M ARROYO HAS COMPLETED ALL ASSIGNED TASKS & HAS NOT BEEN ABSENT FROM WORK THIS QUARTER. DUE TO THE FACT THAT HE HAS BEEN WITH THIS PROGRAM FOR A SHORT PERIOD OF TIME, HE HAS JUST COMPLETED THE ORIENTATION. HOWEVER, I/M ARROYO HAS ALWAYS BEEN COOPERATED WELL WITH STAFF & INMATES AND HE HAS BEEN STUDYING HARD ON THE BOOK PORTION OF THE PROGRAM.

| DATE OF CHRONO | COURSE TITLE | GRADE | INSTRUCTOR |
|---|---|---|---|
| 3/31/98 | VOC. A/C & REFRIGERATION | S | KELLY, H. |
| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION |
| C-20149 | ARROYO, A. | | CENTINELA |

**EDUCATION PROGRESS REPORT**                                    CDC 128-E (7/89)

---

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**GRADE**
S – SATISFACTORY
U – UNSATISFACTORY

| ATTITUDE | | **TOTAL CERTIFICATION UNITS IN COURSE:** | |
|---|---|---|---|
| ADAPTABILITY | S | VOCATION (VOC) | 35 |
| CONDUCT | S | ADULT BASIC EDUCATION (ABE) | |
| COOPERATION | S | GENERAL EDUCATION DEVELOPMENT(GED) | |
| DEPENDABILITY | S | HIGH SCHOOL (H. SCH) | |
| INITIATIVE | S | ENGLISH SECOND LANGUAGE (ESL) | |

TOTAL CERTIFICATION UNITS PRIOR TO THIS QUARTER: 1

LIST SPECIFIC CERTIFICATION UNITS COMPLETED
V03.05.01-.03

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 3/7/98 | | |

COMMENTS:

I/M ARROYO HAS COMPLETED ALL ASSIGNED TASKS & HAS NOT BEEN ABSENT FROM WORK IN THIS QUARTER. I/M ARROYO HAS POSSITIVE ATTITUDE TOWARD STAFFS & HAS COOPERATED WELL WITH OTHER INMATES. I/M ARROYO HAS COMPLETED 3 REQUIRED SKILL CERTIFICATION UNITS & HAS BEEN STUDYING HARD ON BOOK PORTION OF THE PROGRAM. I/M ARROYO HAS BEEN ATTENTIVE IN CLASS & HIS WILLINGNESS TO HELP HIM TO EXCEL IN THIS PROGRAM.

F 11

| DATE OF CHRONO | COURSE TITLE | GRADE | INSTRUCTOR |
|---|---|---|---|
| 6/30/98 | VOCATIONAL A/C & REFRIGERATION | S | KELLY, H. |
| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION |
| C-20149 | ARROYO, A. | | CENTINELA |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**GRADE**

S – SATISFACTORY
U – UNSATISFACTORY

| ATTITUDE | |
|---|---|
| ADAPTABILITY | S |
| CONDUCT | S |
| COOPERATION | S |
| DEPENDABILITY | S |
| INITIATIVE | S |

**TOTAL CERTIFICATION UNITS IN COURSE:**

| | |
|---|---|
| VOCATION (VOC) | 35 |
| ADULT BASIC EDUCATION (ABE) | |
| GENERAL EDUCATION DEVELOPMENT(GED) | |
| HIGH SCHOOL (H. SCH) | |
| ENGLISH SECOND LANGUAGE (ESL) | |

TOTAL CERTIFICATION UNITS PRIOR TO THIS QUARTER: 3

LIST SPECIFIC CERTIFICATION UNITS COMPLETED
V03.05.04,.05,.06,.18,.19,.20

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 3/7/98 | | |

COMMENTS:

I/M ARROYO HAS COMPLETED ALL ASSIGNED TASKS & HAS NOT BEEN ABSENT FROM WORK IN THIS QUARTER.
I/M ARROYO HAS A POSITIVE ATTITUDE TOWARDS STAFF & COOPERATES WELL WITH HIS PEERS.  I/M
ARROYO HAS SHOWN MUCH INITIATIVE WHEN GIVEN ASSIGNMENTS & HAS ADAPTED WELL TO THIS PROGRAM.
I/M ARROYO IS DEPENDABLE & ALWAYS COMPLETED HIS ASSIGNMENTS IN A TIMELY & PROFESSIONAL MANNER.
I/M ARROYO HAS COMPLETED 6 REQUIRED SKILL CERT. UNITS IN THIS QUARTER.

( V03.05.01,.02,.03 )

| DATE OF CHRONO | COURSE TITLE | GRADE | INSTRUCTOR |
|---|---|---|---|
| 9/30/98 | VOCATIONAL A/C & REFRIGERATION | S | KELLY, H. |
| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION |
| G~20149 | ARROYO, A. | | CENTINELA |

**EDUCATION PROGRESS REPORT**

CDC 128-E (7/89)

---

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**GRADE**

S – SATISFACTORY
U – UNSATISFACTORY

| ATTITUDE | |
|---|---|
| ADAPTABILITY | S |
| CONDUCT | S |
| COOPERATION | S |
| DEPENDABILITY | S |
| INITIATIVE | S |

**TOTAL CERTIFICATION UNITS IN COURSE:**

| | |
|---|---|
| VOCATION (VOC) | 35 |
| ADULT BASIC EDUCATION (ABE) | |
| GENERAL EDUCATION DEVELOPMENT(GED) | |
| HIGH SCHOOL (H. SCH) | |
| ENGLISH SECOND LANGUAGE (ESL) | |

TOTAL CERTIFICATION UNITS PRIOR TO THIS QUARTER: 9

LIST SPECIFIC CERTIFICATION UNITS COMPLETED
V03.05.07,.08,.09,.21,.22,.23

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 12/1/98 | | |

COMMENTS:

I/M ARROYO HAS COMPLETED ALL ASSIGNED TASKS & HAS NOT BEEN ABSENT FROM WORK IN THIS QUARTER.
I/M ARROYO HAS POSITIVE ATTITUDE TOWARDS STAFFS & COOPERATED WELL WITH HIS PEERS.  I/M
ARROYO HAS SHOWN MUCH INITIATIVE WHEN GIVEN ASSIGNMENT(S) & HAS ADAPTED WELL INTO THE PRO-
GRAM.  I/M ARROYO IS DEPENDABLE & HAS ALWAYS COMPLETED HIS ASSIGNMENT(S) IN A TIMELY &
PROFESSIONAL MANNER.  I/M ARROYO HAS COMPLETED 6 REQUIRED SKILL CERT. UNITS IN THIS QUARTER
& HAS BEEN WORKING ON THE MULTI-THOUSANDS DOLLARS INSTITUTIONAL FOOD CART PROJECT.

( V03.05.01 – .06, .18,.19,.20 )

F12

| DATE OF CHRONO | COURSE TITLE | GRADE | INSTRUCTOR |
|---|---|---|---|
| 12/31/98 | VOCATIONAL A/C & REFRIGERATION | S | KELLY, H. |
| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION |
| G~20149 | ARROYO, A. | | CENTINELA |

EDUCATION PROGRESS REPORT

STATE OF CALIFORNIA                                                                     DEPARTMENT OF CORRECTIONS

**GRADE**
S = SATISFACTORY
U = UNSATISFACTORY

| ATTITUDE | | TOTAL CERTIFICATION UNITS IN COURSE: | |
|---|---|---|---|
| ADAPTABILITY | S | VOCATION (VOC) | 35 |
| CONDUCT | S | ADULT BASIC EDUCATION (ABE) | |
| COOPERATION | S | GENERAL EDUCATION DEVELOPMENT(GED) | TOTAL CERTIFICATION |
| DEPENDABILITY | S | HIGH SCHOOL (H. SCH) | UNITS PRIOR TO THIS |
| INITIATIVE | S | ENGLISH SECOND LANGUAGE (ESL) | QUARTER: 15 |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED
**NONE**

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 12/1/98 | | |

COMMENTS:

I/M ARROYO HAS COMPLETED ALL ASSIGNED TASKS & HAS NOT BEEN ABSENT FROM WORK IN THIS QUARTER.
I/M ARROYO HAS POSITIVE ATTITUDE TOWARDS STAFFS & COOPERATED WELL WITH HIS PEERS.  I/M ARROYO
HAS SHOWN MUCH INITIATIVE WHEN GIVEN  ASSIGNMENTS & ALWAYS COMPLETED THEM IN A TIMELY & PRO-
FESSIONAL MANNER & IS ATTENTIVE IN CLASS.  I/M ARROYO IS DEPENDABLE IN THE ACCURACY & QUALITY
OF HIS WORK & HIS WILLINGNESS TO LEARN HAS SERVED THIS PROGRAM WELL.  I/M ARROYO HAS ALSO
BEEN WORKING ON THE INSTITUTIONAL FOOD CART PROJECT.

( V03.05.01 - .09,.18 - .23 )

| DATE OF CHRONO | COURSE TITLE | | GRADE | INSTRUCTOR |
|---|---|---|---|---|
| 3/31/99 | VOC. A/C & REFRIGERATION | | S | KELLY, H. |
| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION | |
| C-20149 | ARROYO, A. | | CENTINELA | |

**EDUCATION PROGRESS REPORT**                                         CDC 128-E (7/89)

---

STATE OF CALIFORNIA                                                                     DEPARTMENT OF CORRECTIONS

**GRADE**
S = SATISFACTORY
U = UNSATISFACTORY

| ATTITUDE | | TOTAL CERTIFICATION UNITS IN COURSE: | |
|---|---|---|---|
| ADAPTABILITY | S | VOCATION (VOC) | 35 |
| CONDUCT | S | ADULT BASIC EDUCATION (ABE) | |
| COOPERATION | S | GENERAL EDUCATION DEVELOPMENT(GED) | TOTAL CERTIFICATION |
| DEPENDABILITY | S | HIGH SCHOOL (H. SCH) | UNITS PRIOR TO THIS |
| INITIATIVE | S | ENGLISH SECOND LANGUAGE (ESL) | QUARTER: 15 |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED
V03.05: .12.13.14

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 12-1-98 | | |

COMMENTS:

I/M ARROYO HAS COMPLETED ALL ASSIGNMENTS & TASKS & HAS NOT BEEN ABSENT FROM WORK THIS QUARTER.
HE HAS ADAPTED WELL TO THE PROGRAM & COOPERATED WELL WITH STAFF & HIS PEERS. I/M HAS APPLIED
HIMSELF MORE DELIGENTLY TO HIS TASKS DURING THE PAST MONTHS & DEMONSTRATED THE REQUIRED EFFORT
TO FINISH HIS ASSIGNMENTS IN A TIMELY MANNER. I/M IS ATTENTIVE IN CLASS & DEPENDABLE IN THE
ACCURACY & QUALITY OF HIS WORK. HE HAS COMPLETED 18 OF 35 REQUIRED SKILL CERT. UNITS. I/M IS
WORKING ON THE INSTITUTIONAL FOOD CART PROJECT.

(V03.05: .012.09, .18-.23)                                          F 13

| DATE OF CHRONO | COURSE TITLE | | GRADE | INSTRUCTOR |
|---|---|---|---|---|
| 6-30-99 | VOC REFRIGERATION & A/C | | S | H. KELLY |
| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION | |
| C-20149 | ARROYO, A. | | CENT. | |

STATE OF CALIFORNIA                                                                      DEPARTMENT OF CORRECTIONS

**GRADE**
S – SATISFACTORY
U – UNSATISFACTORY

| ATTITUDE | | TOTAL CERTIFICATION UNITS IN COURSE: | |
|---|---|---|---|
| ADAPTABILITY | S | VOCATION (VOC) | 35 |
| CONDUCT | S | ADULT BASIC EDUCATION (ABE) | |
| COOPERATION | S | GENERAL EDUCATION DEVELOPMENT(GED) | |
| DEPENDABILITY | S | HIGH SCHOOL (H. SCH) | |
| INITIATIVE | S | ENGLISH SECOND LANGUAGE (ESL) | |

TOTAL CERTIFICATION
UNITS PRIOR TO THIS
QUARTER: 18

LIST SPECIFIC CERTIFICATION UNITS COMPLETED
VO3.05: .10,.15,.24,.27,.28,.29,.30,.31,.33,.34,.35

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 12-01-98 | | |

COMMENTS:
I/M ARROYO HAS COMPLETED ALL ASSIGNED TASKS & HAS NOT BEEN ABSENT FROM WORK THIS QUARTER. I/M HAS ADAPTED WELL TO THE PROGRAM & COOPERATED WITH STAFF & HIS PEERS. I/M HAS APPLIED HIMSELF MORE DILIGENTLY TO HIS TASKS DURING THE PAST MONTHS & DEMONSTRATED THE REQUIRED EFFORT TO FINISH HIS ASSIGNMENTS IN A TIMELY MANNER. I/M IS ATTENTIVE IN CLASS & DEPENDABLE IN THE ACCURACY & QUALITY OF HIS WORK. I/M HAS COMPLETED ALL OF THE REQUIRED CERT. SKILL UNITS. I/M HAS BEEN WORKING IN THE INSTITUTIONAL FOOD CART DELIVERY PROJECT.

(VO3.05: .01-.09,.12,.13,.14,.18-,.23)

| DATE OF CHRONO | COURSE TITLE | GRADE | INSTRUCTOR |
|---|---|---|---|
| 9-30-99 | VOC. REFRIGERATION & A/C | S | H. KELLY |
| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION |
| C-20149 | ARROYO, A. | | CENT |

**EDUCATION PROGRESS REPORT**                     CDC 128-E (7/89)

---

STATE OF CALIFORNIA                                                                      DEPARTMENT OF CORRECTIONS

**GRADE**
S – SATISFACTORY
U – UNSATISFACTORY

| ATTITUDE | | TOTAL CERTIFICATION UNITS IN COURSE: | |
|---|---|---|---|
| ADAPTABILITY | S | VOCATION (VOC) | 35 |
| CONDUCT | S | ADULT BASIC EDUCATION (ABE) | |
| COOPERATION | S | GENERAL EDUCATION DEVELOPMENT(GED) | |
| DEPENDABILITY | S | HIGH SCHOOL (H. SCH) | |
| INITIATIVE | S | ENGLISH SECOND LANGUAGE (ESL) | |

TOTAL CERTIFICATION
UNITS PRIOR TO THIS
QUARTER: 35

LIST SPECIFIC CERTIFICATION UNITS COMPLETED
NONE

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 3-07-98 | | |

COMMENTS:
I/M ARROYO HAS COMPLETED ALL ASSIGNED  TASKS & HAS NOT BEEN ABSENT FROM HIS ASSIGNMENTS THIS QUARTER. I/M HAS ADAPTED WELL TO THE PROGRAM & HAS COOPERATED WITH STAFF & HIS PEERS. I/M HAS APPLIED HIMSELF MORE DILIGENTLY TO HIS TASKS DURING THE PAST MONTHS & DEMONSTRATED THE REQUIRED EFFORT FINISH HIS ASSIGNMENTS IN A TIMELY MANNER. I/M IS ATTENTIVE IN CLASS & DEPENDALBE IN THE ACCURACY AND QUALITY OF HIS WORK. I/M HAS COMPLETED ALL ASSIGNED, REQUIRED CERTIFICATION SKILL UNITS AND HAS EARNED HIMSELF A COMPLETION IN THIS PROGRAM. I/M HAS BEEN WORKING ON THE THE INSTITUTIONAL FOOD CART DELIVERY PROJECT.

(VO3.05: .01-.35)

F14

| DATE OF CHRONO | COURSE TITLE | GRADE | INSTRUCTOR |
|---|---|---|---|
| 12-31-99 | VOC. REFRIGERATION & A/C | S | H. KELLY |
| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION |
| C-20149 | ARROYO, A | | CENT |

STATE OF CALIFORNIA
CDC 128-E (Rev. 10/98)

DEPARTMENT OF CORRECTIONS

## EDUCATION PROGRESS REPORT

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S  U | Vocational Title: REFRIG. & A.C | 35 | 35 |
| Conduct | S  U | Academic Title: | | |
| Cooperation | S  U | Adult High School Title: | | |
| Dependability | S  U | General Education Development | | |
| Initiative | S  U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:

NONE

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 3-07-98 | | | |

COMMENTS SPECIFIC TO COURSE:

I/M ARROYO PRACTICES SAFE WORKING HABITS WHILE DE DEMONSTRATING THE SKILLS REQUIRED TO FABRICATE THE FOOD CARTS; I.E., DRILLING, INSTALLING FASTENERS, CUTTING & FORMING MATERIAL.

### VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| X | REFRIGERATION MECHANIC | 827-361-014 | | | |
| | | | | | |
| | | | | | |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 3-31-2000 | S | H. KELLY  J. Kelly | INITIALS |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| ARROYO, A. | C-20149 | CENT |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

---

STATE OF CALIFORNIA
CDC 128-E (Rev. 10/98)

DEPARTMENT OF CORRECTIONS

## EDUCATION PROGRESS REPORT

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S  U | Vocational Title: REFRIG. & A/C | 30 | 30 |
| Conduct | S  U | Academic Title: | | |
| Cooperation | S  U | Adult High School Title: | | |
| Dependability | S  U | General Education Development: | | |
| Initiative | S  U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:

NONE

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 12-01-98 | | | |

COMMENTS SPECIFIC TO COURSE: I/M ARROYO HAS COMPLETED THIS COURSE. I/M ARROYO IS FURTHERING HIS SKILLS & KNOWLEDGE IN REFRIGERATION & A/C BY WORKING ON INSTITUTIONAL/STAFF SERVICE PROJECTS; TO INCLUDE THE FOOD CART DELIVERY SYSTEM.

### VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| X | REFRIGERATION MECHANIC | 827-361-014 | | | |
| | | | | | |
| | | | | | F15 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 6-30-00 | S | H. KELLY  J. Kelly | INITIALS |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| ARROYO, A | C-20149 | CENT |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS
CDC 128-E (Rev. 10/98)

## EDUCATION PROGRESS REPC

| BEHAVIOR / ASSESSMENT | | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|---|
| Adaptability | S | U | Vocational Title: REFRIG. & A/C | 30 | 30 |
| Conduct | S | U | Academic Title: | | |
| Cooperation | S | U | Adult High School Title: | | |
| Dependability | S | U | General Education Development: | | |
| Initiative | S | U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:

NONE

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 12-01-98 | | | |

COMMENTS SPECIFIC TO COURSE: I/M ARROYO IS LEARNING PROPER & SAFE SKILLS IN THE USAGE OF TOOLS COMBINED WITH STUDIES TO GAIN KNOWLEDGE & EXPERIENCE NEEDED TO BECOME AN ENTRY LEVEL REFRIGERATION & A/C MECHANIC.

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| X | REFRIGERATION MECHANIC | 827-361-014 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | | SUPERVISORY REVIEW |
|---|---|---|---|---|
| 9-18-00 | S | H. KELLY   *H. Kelly* | | INITIAL |

| ARROYO, A | INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|---|
| | | C-20149 | CENT |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

F16

## EDUCATION PROGRESS REPORT

| BEHAVIOR / ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S U | Vocational Title: Small Engine Repair | 13 | 3 |
| Conduct | S U | Academic Title: | | |
| Cooperation | S U | Adult High School Title: | | |
| Dependability | S U | General Education Development | | |
| Initiative | S U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:

V07.06.01   V07.06.02   V07.06.03

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 05-16-01 | | | |

COMMENTS SPECIFIC TO COURSE:

Arroyo is not employable at this time, works     with others.

### VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| | Helper Int/Combustion Eng. | 801.687-010 | | Outboard Motor Mechanic | 623.281-042 |
| X | Engine Repair & Service | 625.281-018 | | Motorboat Mechanic | 623.281-038 |
| | Motorcycle Engine Repair | 806.481-014 | | Assembler, Combustion Eng. | 806.481-014 |
| | Motorboat Mechanic Helper | 623.684-010 | | Gasoline Eng. Assembler | 806.481-014 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 12-10-2001 | C | J. KEITHLY | INITIALS |

| INMATE NAME (LAST; FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| Arroyo, A. | C-20149 | C.T.F. North |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

---

STATE OF CALIFORNIA                                                           DEPARTMENT OF CORRECTIONS
CDC 128-E (Rev. 10/99)

## EDUCATION PROGRESS REPORT

| BEHAVIOR / ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S U | Vocational Title: Small Engine Repair | 13 | 3 |
| Conduct | S U | Academic Title: | | |
| Cooperation | S U | Adult High School Title: | | |
| Dependability | S U | General Education Development | | |
| Initiative | S U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:

V07.06.01   V07.06.02   V07.06.03   Through ,V07.06.10

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 05-16-01 | | | |

COMMENTS SPECIFIC TO COURSE:

Arroyo is not employable at this time, works well with others.

F 17

### VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| | Helper Int/Combustion Eng. | 801.687-010 | | Outboard Motor Mechanic | 623.281-042 |
| | Engine Repair & Service | 625.281-018 | | Motorboat Mechanic | 623.281-038 |
| | Motorcycle Engine Repair | 806.481-014 | | Assembler, Combustion Eng. | 806.481-014 |
| | Motorboat Mechanic Helper | 623.684-010 | | Gasoline Eng. Assembler | 806.481-014 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 03-01-02 | C | J. KEITHLY | INITIALS |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| Arroyo, A. | C-20149 | C.T.F. North |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

STATE OF CALIFORNIA
CDC 128-E (Rev. 10/99 )

DEPARTMENT OF CORRECTIONS

# EDUCATION PROGRESS REPORT

| BEHAVIOR / ASSESSMENT | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|
| Adaptability (S) U | Vocational Title: Small Engine Repair | | 10 |
| Conduct (S) U | Academic Title: _____ | | |
| Cooperation (S) U | Adult High School Title: _____ | | |
| Dependability (S) U | General Education Development | | |
| Initiative (S) U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:
V07.06.11 – v07.06.12 – v07.06.13
new tech,   small bussiness   job prep.

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 9-16-00 | | | |

COMMENTS SPECIFIC TO COURSE:
Inmate Arroyo works well with others ,and is employable at
this time.

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| | four stroke | 8 .687-0 | | ignit. sys. | 623.281-042 |
| | two stroke | .281-18 | | eng. sys. | 623.281-038 |
| | fuel sys | 806.4 -01 | | new tech. | 8 6.481-014 |
| | lube sys | 23.674-10 | | job prep. | 906.481-14 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| Jun, | C | J. Keithly | INITIALS |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| Arroyo, Artemio | C-20149 | C.T.F. North |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

---

STATE OF CALIFORNIA
CDC 128-E (Rev. 10/99 )

DEPARTMENT OF CORRECTIONS

# EDUCATION PROGRESS REPORT

| BEHAVIOR / ASSESSMENT | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|
| Adaptability (S) U | Vocational Title: Small Engine Repair | 13 | 3 |
| Conduct (S) U | Academic Title: _____ | | |
| Cooperation (S) U | Adult High School Title: _____ | | |
| Dependability (S) U | General Education Development | | |
| Initiative (S) U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:
V.07.06.04 V.07.06.05 V.07.06.06 V.07.06.07 V.07.06.08 V.07.06.09 V.07.06.10 V.07.06.11 V.07.06.12 V.07.06.13

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 05-16-01 | | | |

COMMENTS SPECIFIC TO COURSE:
Arroyo works well with others, and has employable skills at this time.

F 18

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| | Helper Int/Combustion Eng. | 801.687-010 | | Outboard Motor Mechanic | 623.281-042 |
| | Engine Repair & Service | 625.281-018 | | Motorboat Mechanic | 623.281-038 |
| | Motorcycle Engine Repair | 806.481-014 | | Assembler, Combustion Eng. | 806.481-014 |
| | Motorboat Mechanic Helper | 623.684-010 | | Gasoline Eng. Assembler | 806.481-014 |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW |
|---|---|---|---|
| 09-04-02 | C+ | J. KEITHLY | INITIALS _____ |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| Arroyo, A. | C-20149 | C.T.F. North |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

# EXHIBIT G

# EXHIBIT G

CALIFORNIA BOARD OF PRISON TERMS

In the Matter of the

Hearing of

ARROYO, Artemio

C-20149

CTF

Life Prisoner

Initial Parole Consideration

Denied (2 Years)

This matter was heard before the Board of Prison Terms (BPT) on September 22, 1989, at the Correctional Training Facility.  The hearing panel was composed of R. Jauregui, Commissioner; M. O'Connell, Commissioner; and C. Mar, Deputy Commissioner.

Present at the hearing were:  A. Arroyo, Prisoner; and D. Spowart, Counsel for Prisoner.

Any others present are identified in the transcript.

Oral and documentary evidence was submitted and after due consideration of all the evidence, the panel makes the following findings:

Legal Status

On August 20, 1980, the prisoner was received in prison pursuant to Penal Code (PC) §1168 for a violation of PC §187, second degree murder (San Joaquin County Case No. 30688, Count 1). The controlling minimum eligible parole date (MEPD) is October 28, 1990.

EXHIBIT G 1

FOR
RECORDS OFFICER
USE
Pre-prison
Credit

PC §3041(a) provides that the BPT shall meet with persons sentenced under PC §1168 and shall normally set a parole release date unless, pursuant to PC §3041(b), the Board determines that a parole date cannot be fixed at this hearing.

This hearing is conducted pursuant to Title 15, California Code of Regulations (CCR), Division 2, Chapter 3, Article 5, which sets forth parole consideration criteria and guidelines for life prisoners implementing PC §3041.

<u>Statement of Facts</u>

On September 10, 1978, at approximately 11:00 p.m., victim Daniel Thomas Martino, age 16, was murdered as the result of being shot in the head with a shotgun.

The prisoner and several companions had chased a car containing the victim and another individual, thinking that these two people had made threats against the prisoner's brother. The car in which the prisoner was riding pulled alongside the victim's car in an attempt to get it to pull over. During this time, occupants of both cars swung sticks and pipes at each other. When the other car failed to pull over, the prisoner retrieved a shotgun from beneath the seat and fired it at the other car, striking the passenger and the driver. The victim's car then swerved

ARROYO, A.   C-20149          -2-          9/22/89
mr


EXHIBIT G2

FOR
RECORDS OFFICER
USE
Pre-prison
Credit

and ran into a parked car.

The victim was pronounced dead on arrival at the
hospital and the passenger was treated and released.

Parole Suitability

CCR §2281(a) requires that the panel first determine
whether the prisoner is suitable for release on parole.
Regardless of the length of time served, a life prisoner
shall be found unsuitable for and denied parole if in the
judgment of the panel the prisoner will pose an
unreasonable risk of danger to society if released from
prison.  CCR §2281(c) sets forth circumstances tending to
show unsuitability and CCR §2281(d) sets forth
circumstances tending to show suitability.  These
regulations are guidelines only.

The panel relied on the following circumstances in
determining whether or not the prisoner is suitable for
parole:

1.  Commitment offense.  The offense was carried out in
an especially heinous manner, which exhibits a callous
disregard for the life or suffering of others.

These conclusions are drawn from the Statement of Facts
wherein the prisoner and crime partners in their vehicle
chased a vehicle with the victim and a friend, thinking
that the two victims had made threats against the

ARROYO, A.  C-20149          -3-          9/22/89
mr

EXHIBIT G3

FOR
RECORDS OFFICER
USE
Pre-prison
Credit

prisoner's brother.  The prisoner retrieved a shotgun and
fired it at the other car striking the passenger and the
driver.  Later, the driver victim was pronounced dead, and
the passenger was treated and released.

2.  Previous Record.  The prisoner has failed to profit
from society's previous attempts to correct his
criminality.  Such attempts include juvenile home.  He has
an unstable social history and prior criminality which
includes an arrest for burglary at the age of 15, and at
the age of 16 he was arrested for robbery and for
possession of a shotgun.  Other arrests were for possession
of chains, knives and alcohol.

The prisoner was a member of a gang wherein his mother
moved north, where he committed the life crime.

3.  Institutional Behavior.  The prisoner has
programmed in a limited manner while incarcerated and has
failed to develop a marketable skill that can be put to use
upon release.  He has failed to upgrade educationally and
vocationally as previously recommended by the Board.

The prisoner has failed to demonstrate evidence of
positive change.  Misconduct while incarcerated includes
receiving 10 California Department of Corrections (CDC)
disciplinaries (115's).  Four of the CDC 115's were from
June 1988 to June 1989.  One of the CDC 115's was for

ARROYO, A.  C-20149          -4-          9/22/89
mr

EXHIBIT G 4

FOR
RECORDS OFFICER
USE
Pre-prison
Credit

possession of marijauna and prior CDC 115's were for control of weapons.

4. Psychiatric Factors. The Psychiatric Evaluations dated August 8, 1983, authored by Bruce Dainard, M.D., and July 10, 1986, authored by R.S. Hansen, M.D., are not totally supportive of release.

The Psychiatric Evaluation dated June 27, 1989, authored by Bruce Bakeman, Ph.D., is unfavorable and not supportive of release and indicates, in part, the following: "Diagnosis:

AXIS I:    Alcohol abuse, in institutional remission.
           Cannabis abuse.

AXIS II:   Antisocial personality disorder."
"CONCLUSIONS:  "...he seems to want to improve, but he is still breaking rules and seems to have difficulty establishing his own direction, leaving him easily led by others."

The panel finds that therapy in a controlled setting is needed, but motivation and amenability are questionable.

The panel finds that the prisoner's gains are short-term and he must demonstrate an ability to maintain gains over an extended period of time.

Based on the information contained in the record and considered at this hearing, the panel concludes and states, as required by PC §§3043 and 3043.5, that the prisoner

ARROYO, A.   C-20149           -5-           9/22/89
mr

EXHIBIT  G 5

FOR
RECORDS OFFICER
USE
Pre-prison
Credit

would pose a threat to public safely if released on parole.

Therefore, the prisoner is found unsuitable for parole.

PC §3041.5(b)(2) permits a two year denial if the Board finds that it is not reasonable to expect that parole would be granted at a hearing during the following year and states the bases for the finding. In addition to the foregoing reasons supporting postponement of parole consideration, the panel also specifically finds that it is not reasonable to expect that parole would be granted at a hearing scheduled earlier based on the following facts:

1. The prisoner committed the offense in an especially cruel manner wherein from his moving vehicle the prisoner used a shotgun and killed a victim and wounded another in another moving vehicle.

2. The prisoner committed serious disciplinary violations and received ten CDC 115's. Four CDC 115's were from June 1988 to June 1989, one for possession of marijauna and one for control of weapons.

3. A recent Psychiatric Report dated June 27, 1989, authored by Dr. Bruce Bakeman, indicates a need for a longer period of observation and evaluation or treatment.

The next hearing will be scheduled in two years.

Recommendation

ARROYO, A.   C-20149          -6-          9/22/89
mr

EXHIBIT  G  6

FOR
RECORDS OFFICER
USE
Pre-prison
Credit

PC §3041.5(b)(2) provides that within 20 days following any meeting where a parole date has not been set, the Board shall send the prisoner a written statement setting forth the reason or reasons for refusal to set a parole date and when the prisoner can reasonably expect to be considered again for the setting of a parole date and in what beneficial activities the prisoner might participate.

This case shall be scheduled for hearing for parole consideration as provided in 15 CCR §2270(c).

In preparation for the next parole consideration hearing, the panel recommends that the prisoner:

1.  Become and remain disciplinary free.

2.  Work toward upgrading his academic level so that program opportunities will become more available.

3.  Participate in self-help and therapy programming when available.

<u>Order</u>

Based on the foregoing findings and reasons, parole is denied.

EFFECTIVE DATE OF THIS DECISION ___OCT 0 4 1989___.

ARROYO, A.  C-20149            -7-            9/22/89
mr

EXHIBIT G 7