Artemio Arroyo C-20149
P.O.BOX 689-BW-221
Soledad, Ca. 93960

FILED
07 JUL 19 AM 10:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Artemio Arroyo Plaintiff,

vs.

Ben Curry, Warden Defendant.

CASE NO. C 07 3718 SBA (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Artemio Arroyo, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______________ Net: ______________

Employer: ______________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

It was over than 27-years ago, I was a juvenile and I used to work part time in the fields that I even not recall how much I used to make. This was before I came to prison.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ____ No _X_

b. Income from stocks, bonds, or royalties? — Yes ____ No _X_

c. Rent payments? — Yes ____ No _X_

d. Pensions, annuities, or life insurance payments? — Yes ____ No _X_

e. Federal or State welfare payments, Social Security or other government source? — Yes ____ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________

______________________________

3. Are you married? — Yes ____ No _X_

Spouse's Full Name: ______________________________

Spouse's Place of Employment: ______________________________

Spouse's Monthly Salary, Wages or Income:

Gross $______________ Net $______________

4. a. List amount you contribute to your spouse's support:$ ______________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A ______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $____________ Amount of Mortgage: $______________

6. Do you own an automobile? Yes ____ No X

Make ________________ Year ____________ Model ______________

Is it financed? Yes _____ No ______ If so, Total due: $ ________________

Monthly Payment: $ _____________

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________________________

Present balance(s): $ ______________________________

Do you own any cash? Yes X No ___ Amount: $ 12.32

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

______________________________________________

8. What are your monthly expenses? I am incarcerated. N/A

Rent: $ __________________ Utilities: __________________

Food: $ __________________ Clothing: __________________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ________ | $ ________ | $ ________ |
| ________ | $ ________ | $ ________ |
| ________ | $ ________ | $ ________ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

____________________________________________________________

________________________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

____________________________________________________________

________________________________________________________

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

June 12, 2007 — Artemio Arroyo

DATE — SIGNATURE OF APPLICANT

**Case Number:** ____________________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ARROYO, A. C20149 for the last six months [prisoner name]

at CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ Ø and the average balance in the prisoner's account each month for the most recent 6-month period was $ Ø.

Dated: 7-14-07

Brenda Nation, Acct Technician
[Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-14-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
TRUST OFFICE
Account Technician

REPORT ID: TS3030

REPORT DATE: 07/14/07

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 15, 2007 THRU JUL. 14, 2007

ACCOUNT NUMBER : C20149 BED/CELL NUMBER: CFBWT2000000221U
ACCOUNT NAME : ARROYO, ARTEMIO MENDEZ ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/11/2007 | H102 | EYEGLASSES HOLD | 3810 OPTIC | 46.50 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 12.32 | 0.00 | 0.00 | 12.32 | 46.50 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 34.18- |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-14-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Dation
TRUST OFFICE
Account Technician

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

EPORT ID: TS3030 REPORT DATE: 04/11/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU APR. 11, 2007

CCOUNT NUMBER : C20149 BED/CELL NUMBER: CFFWT3000000309U
CCOUNT NAME : ARROYO, ARTEMIO MENDEZ ACCOUNT TYPE: I
RIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| ATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 1/01/2007 | | BEGINNING BALANCE | | | | | 107.50 |
| /03 | D554 | INMATE PAYROL | 1901 P6 | | 1.83 | | 109.33 |
| /19 | W702 | IWF HANDICRAF | 2096C10016 | | | 3.59 | 105.74 |
| /19 | W300 | HANDICRAFT PU | 2096C10016 | 203432005 | | 48.42 | 57.32 |
| 2/13 | FC01 | DRAW-FAC 1 | 2355 ML | | | 45.00 | 12.32 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 107.50 | 1.83 | 97.01 | 12.32 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 12.32 |

AS OF 7-14-07 Balance

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date: June 13, 20 07

To: Warden Ben Curry

Approved: G. Williams CC-I

I hereby request that my Trust Account be charged $5.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

C-20149, BW-221
NUMBER

Artemio Arroyo
NAME (Signature please, **DO NOT PRINT**)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchases)

PURPOSE: Habeas Corpus Petition five dollar filing fee in the United States District Court Northern District of California.

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME: United States District Court For The

ADDRESS: Northern District of California

450 Golden Gate Avenue.

San Francisco, California 94102

Artemio Arroyo
PRINT YOUR FULL NAME HERE

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Artemio Arroyo, declare:

I am over 18 years of age and a party to this action. I am a resident of Correctional Training Facility, State Prison,

in the county of Monterey,

State of California. My prison address is: P.O.BOX 689-BW-221, Soledad, Ca. 93960.

On June 12, 2007,
(DATE)

I served the attached: Habeas Corpus Petition

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue, Box 36060
San Francisco, Ca. 94102

DEPARTMENT OF JUSTICE
Office of Attorney General
455 Golden Gate Ave., No. 11000
San Francisco, Ca. 94102-3664

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2007
(DATE)

Artemio Arroyo
(DECLARANT'S SIGNATURE)

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date: June 13, 20 07

To: Warden Ben Curry

Approved: [signature] CC-I G. Williams

I hereby request that my Trust Account be charged $.................................... for the purpose stated below and authorize the withdrawal of that sum from my account:

D-20149, BW-221
NUMBER

[signature]
NAME (Signature please, **DO NOT PRINT**)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchases)

PURPOSE: Legal Mail Poatage

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME: United States District Court, For the

ADDRESS: Northern District of California

450 Golden Gate Avenue, Box 36060

San Francisco, California 94102

Artemio Arroyo
PRINT YOUR FULL NAME HERE