# EXHIBIT A

THE ANNEXED ... IS A CORRECT COPY
OF THE ORIGINAL ... ON FILE
CAUTION: ...
FEB 0 5 2008
ATTEST
ROSA JUNQUEIRO
Clerk of the Superior Court
in and for the County of
San Joaquin State of California
By _____ Deputy

FILED
SUPERIOR COURT-STOCKTON
06 MAR -7 PM 3: 17
ROSA JUNQUEIRO, CLERK
Shirley Friedman
DEPUTY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

| | |
|---|---|
| In the Matter of the Petition of<br><br>ARTEMIO MENDEZ ARROYO<br><br>For Writ of Habeas Corpus. | CASE NO. SC 030688A<br><br>ORDER |

TO: ARTEMIO MENDEZ ARROYO, Petitioner

On December 14, 2004, Petitioner filed a petition for a Writ of Habeas Corpus with this Court. With good cause appearing therefor, the Petition for Writ of Habeas Corpus was denied. On January 18, 2006, Petitioner filed this second petition for a Writ of Habeas Corpus. This second and successive petition is hereby denied for the reasons indicated:

> **REASON**: Petitioner was convicted of second degree murder in 1980. In February of 2003, the Board of Prison Terms (BPT) denied Petitioner parole. In the December, 2004 petition, Petitioner challenged the BPT's decision asserting that the BPT's action was illegal and unconstitutional. This Court issued a two page order outlining the legal guidelines for such a decision as well as the basis for the decision in Petitioner's case. This Court concluded that habeas corpus relief was not warranted.

Petitioner is making the same assertion in this January 2006 petition.

Before a state court will consider the merits of a second or successive habeas petitions, the Petitioner must justify the piecemeal presentation of habeas claims. *In re Clark* (1993) 5 C.4th 750, 774. No such justification has been presented. Accordingly, Petitioner has failed to set forth a prima facie showing to warrant habeas corpus relief as to the parole issue. *In re Bower* (1985) 38 C.3d 865, 872.

Accordingly, the petition is denied.

Date: 3/6/06

_____
JUDGE OF THE SUPERIOR COURT

-1-