# EXHIBIT B

IN THE

# Court of Appeal of the State of California

IN AND FOR THE

THIRD APPELLATE DISTRICT

FILED

APR - 6 2006

COURT OF APPEAL - THIRD DISTRIC
DEENA C. FAWCETT
BY_____ Deput

In re ARTEMIO ARROYO on Habeas Corpus.

C052242
Monterey County
No.

BY THE COURT:

The petition for writ of habeas corpus is denied.

Dated: April 6, 2006

SIMS, Acting P.J.

-------------------------------------------

cc: See Mailing List