# EXHIBIT C

S142824

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re ARTEMIO ARROYO on Habeas Corpus

---

Petition for writ of habeas corpus is DENIED.

SUPREME COURT
FILED

NOV 29 2006

Frederick K. Ohlrich Clerk
_____
DEPUTY

_____
Chief Justice